Bernard H. Chao (148,352)
Frederick F. Hadidi (160,681)
CHAO, HADIDI, STARK & BARKER LLP
770 Menlo Avenue, Suite 205
Menlo Park, California 94025
Telephone: (650) 325-0220
Facsimile: (650) 332-1800
Email: *bchao@chsblaw.com*
*fred@chsblaw.com*

George C. Summerfield
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408
Email: *gstadlaw@aol.com,*

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

ORIGINAL FILED
07 MAY -4 PM 1:27
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.<br><br>Defendants. | C07 02416 WDB<br><br>COMPLAINT<br><br>(DEMAND FOR JURY TRIAL) |

The plaintiff, the Alberta Telecommunications Research Center, doing business as TR Labs ("TR Labs"), alleges in the afore-captioned matter as follows:

**BACKGROUND**

**-       TR LABS**

1.      TR Labs is Canada's largest non-profit research consortium with its membership including universities, companies, and government agencies. www.trlabs.ca. TR Labs has offices throughout western Canada, and its principle place of business is 9107 116th Street, Edmonton, Alberta, Canada T6G 2V4.

2.      Among TR Labs' members is the University of Alberta in Edmonton, Canada.

**-       The TR Labs Patent In Suit**

3.      TR Labs is the owner by assignment of U.S. Patent No. 5,361,277, entitled "Method and apparatus for clock distribution and for clock synchronization" ("The TR Labs patent").  TR Labs patent at 1 (attached as Exhibit A).

4.      The named inventor on the TR Labs patent is TR Labs' Chief Scientist in Network Systems Research, Dr. Wayne Grover.  *Id.*

5.      The TR Labs patent issued on November 1, 1994 based upon an application filed on March 30, 1989, and claiming priority from a Canadian patent application filed April 27, 1988. *Id.*  The Canadian priority application ripened on May 19, 1992 into Canadian Patent No. 1,301,261, having claims substantially identical to the TR Labs patent.  Canadian Patent No. 1,301,261.

6.      The TR Labs patent is cited as prior art in 94 later-issued patents, including 33 owned by Rambus, Inc. ("Rambus"), and one owned by defendant Samsung Electronics Co., Ltd. ("Samsung Korea").  *See* www.uspto.gov (patent search database).

7.      Dr. Grover had conceived of the invention of the TR Labs patent by at least May 1987, and had reduced that invention to practice by July 1987.  Draft Disclosure of Invention for

Method and Apparatus for Clock Distribution in Distributed Synchronous Equipment Architectures (May 19, 1987) at 1; and Dr. Grover's Technical Drawings.

- **Dr. Wayne Grover**

8.  In addition to his position at TR Labs, Dr. Grover is a Professor in the Department of Electrical and Computer Engineering at the University of Alberta in Edmonton, Canada.

9.  Dr. Grover is a Fellow of the Institute of Electronic and Electrical Engineers ("IEEE"), a title conferred on those engineers who had demonstrated outstanding proficiency and have achieved distinction in their profession. *See* www.ieee.org. He is also a Fellow of the Engineering Institute of Canada, a title awarded by that organization for similar scientific achievement. *See* www.eic-ici.ca.

10. Among his numerous awards, in 2001-2002, the Natural Science and Engineering Research Council of Canada named Dr. Grover an E.W.R Steacie Fellow, which recognizes highly promising scientists and engineers who are faculty members of Canadian universities. Dr. Grover was awarded the IEEE's 1999 W.R.G. Baker Prize Paper award for the most outstanding paper reporting original work in an IEEE publication, and that same year was named Canada's Outstanding Engineer in Canada by the IEEE. Dr. Grover is the author of "Clocking Schemes," Chapter 63.2, *The Circuits and Filters Handbook*, Editor-in-chief Wai-Kai Chen, CRC Press Inc. 1995, pp. 1951-1992.

- **The Prosecution of The TR Labs Patent**

11. During prosecution of the application that led to the TR Labs patent, an interference proceeding was declared between that application and U.S. Patent No. 4,998,262 ("the HP patent"). Paper No. 11, App. Ser. No. 07/419,345 (Feb. 11, 1992) The '262 Patent is assigned to Hewlett-Packard. *See* www.uspto.gov.

12. Claims 4-6 of the HP patent were disclaimed by Hewlett-Packard as a result of the afore-referenced interference. Paper No. 13, App. Ser. No. 07/419,345 (Feb. 19, 1993).

13. Also as a result of the interference, claims 4-6 of the HP patent became claims 52-54 of the TR Labs patent. *See* TR Labs patent, col. 27, lines 52 – col. 28, line 25.

**-   The Defendants**

14. Defendant, Samsung Electronics Co., Ltd. (Samsung Korea) is a corporation with a principal place of business at 250, 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-742, South Korea.

15. Defendant, Samsung Semiconductor, Inc. (Samsung Semiconductor) is a corporation with a principal place of business at 3655 North First St, San Jose, CA, and is a wholly-owned subsidiary of Samsung Korea.

16. The defendants are licensed by Rambus, Inc. ("Rambus") to manufacture and sell Rambus dynamic random access memories ("RDRAMs") incorporating Rambus's patented technology, and, in fact, do manufacture and sell such products.

17. On information and belief, the defendants, at all relevant times, have been doing business in this Judicial District by selling and offering to sell their RDRAMs and products containing those RDRAMs in this Judicial District.

**-   Jurisdiction, Venue and Intradistrict Assignment**

18. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338.

19. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1400.

20. Assignment of this action to the San Jose Division is proper because defendant Samsung Semiconductor has its principle place of business in Santa Clara County at 3655 North First Street, San Jose, CA.

**COUNT I – PATENT INFRINGEMENT**

21. TR Labs hereby incorporates by reference paragraphs 1-20, above.

22.     Attached hereto as Exhibit B is a claim chart showing how the defendants' products incorporating the licensed Rambus RDRAM technology infringe various claims of TR Labs' '277 patent.

23.     The defendants have directly infringed the claims of the '277 patent by making, using, selling, offering for sale, and importing into the United States products that incorporate the patented RDRAM technology licensed from Rambus.

24.     TR Labs has been, and will continue to be, irreparably harmed by the defendants' afore-referenced infringement in view of the finite patent monopoly that TR Labs enjoys as the owner of the '277 patent.

WHEREFORE, TR Labs respectfully requests that this Court:

a)     Order the defendants to pay TR Labs damages no less than a reasonable royalty to compensate TR Labs for the infringement of the TR Labs '277 patent;

b)     Order the defendants to pay TR Labs prejudgment interest to compensate TR Labs for its lost use of money to which it was entitled;

c)     Order the defendants to pay attorneys fees pursuant to 35 U.S.C. § 285;

d)     Enjoin the defendants from further infringement of the TR Labs '277 patent; and

e)     Award whatever additional relief the Court finds just and equitable

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 | *[signatures]* |
| 4 | Bernard H. Chao (148,352) |
|   | Frederick F. Hadidi (160,681) |
| 5 | CHAO, HADIDI, STARK & BARKER LLP |
| 6 | 770 Menlo Avenue, Suite 205 |
|   | Menlo Park, California 94025 |
| 7 | Telephone: (650) 325-0220 |
|   | Facsimile: (650) 332-1800 |
| 8 |   |
| 9 | George C. Summerfield |
|   | STADHEIM & GREAR |
| 10 | 400 North Michigan Avenue Suite 2200 |
| 11 | Chicago, Illinois 60611 |
|   | Telephone: (312) 755-4400 |
| 12 | Facsimile: (312) 755-4408 |
| 13 | ATTORNEYS FOR PLAINTIFF ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS |
| 14 | May 4, 2007 |

**JURY DEMAND**

Plaintiff TR Labs demands a jury trial for all claims as provided in Rule 38 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]*

Bernard H. Chao (148,352)
Frederick F. Hadidi (160,681)
CHAO, HADIDI, STARK & BARKER LLP
770 Menlo Avenue, Suite 205
Menlo Park, California 94025
Telephone: (650) 325-0220
Facsimile: (650) 332-1800

George C. Summerfield
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

ATTORNEYS FOR PLAINTIFF
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

Date: May 4, 2007