**EXHIBIT B**

**INFRINGEMENT CHART**

| TR LABS '277 PATENT CLAIMS | SAMSUNG RDRAMS |
|---|---|
| Claim 1. A clock distribution apparatus for use in providing a common absolute time reference to spatially distributed application modules requiring synchronized clocks, said apparatus comprising: | Rambus makes use of the high speed Rambus Channel to connect a CMOS ASIC device controller (RAC) to high-speed memory modules (RDRAMs). The Rambus Channel provides a common absolute time reference to the spatially distributed memory application modules using the Rambus clocking scheme. The memory modules derive synchronous clocks from the common Rambus Channel clock lines. *See, e.g.,* "Rambus Technology Overview," DL-0040-00, Rambus Inc. Mountain View, California (1997); "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000).<br><br>Samsung U.S. Patent No. 6,229,368 ("the '368 patent") discloses a clock distribution apparatus for providing a common absolute time reference to spatially distributed application modules requiring synchronized clocks. '368 Patent, col. 1. line 66 – col. 2, line 2; col. 5, lines 10-16; and Figures 1-3. |
| means for transmitting an outgoing reference signal from a first site to a second site and a return reference signal from said second site to said first site upon arrival of said outgoing reference signal at said second site; and | The Rambus Channel transmits a clock reference signal from a first cite, DRCG (Direct Rambus Clock Generator). This signal is called the "Clock To Master" (CTM). The CTM clock signal is transmitted to a second site, the RAC implemented with the Rambus ASIC master device controller. Upon arrival of the signal at the RAC master second site, a return reference signal generated at the RAC second site is transmitted back to the first site. The return reference signal is called the "Clock From Master" (CFM). *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002).<br><br>The Rambus DRCG clock generator is the same or equivalent to the TR Labs '277 patent pulse injector circuit 14 of Fig. 1. *See* TR Labs '277 patent at 7:16-68. The Rambus RAC generator of the return reference signal is the same or equivalent to the TR Labs '277 patent pulse regenerator 64 operating with the pulse synchronization Path Loop 16 of Figure 1.<br><br>"The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100, and has a round trip structure including a forward clock signal line 131 connected from the output port of the internal clock signal generating circuit 100 to the vicinity of the |

| | |
|---|---|
| | farthest input/output circuit 128, and a backward clock line 132 connected from the vicinity of the farthest input/output circuit 128 to the vicinity of the internal clock signal generating circuit 100." '368 Patent, col. 5, lines 27-36; col. 8, lines 37-40; and Figures 1-3. |
| means at each said application module for detecting an outgoing reference signal and a corresponding return reference signal and producing a local phase reference signal approximately midway through the time interval required for said outgoing reference signal to travel from a signal detecting site at said application module to said second site and said return reference signal to travel from said second site to said signal detecting site. | Rambus application modules, such as the Rambus RDRAM memory module, detect the CTM (clock to master) signal from the channel. The CTM signal is used to generate the TCLK (Transmit Clock) for synchronization of date transfers from the memory module to the master controller. The Rambus application memory modules also detect the CFM signal from the channel and use that signal to generate the RCLK clock for synchronizing receipt of data from the master controller. *See*, *e.g.*, RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 at 1-5.<br><br>The Rambus RDRAM detectors for the CTM and CFM signals are the same or equivalent to the TR Labs '277 patent application module interval halving circuits 20 used for detection of the pulse signals on down and back transmission paths 26 and 28 of the pulse synchronization Path Loop 16 as shown in Fig. 1. *See* TR Labs '277 patent at 7:16-68.<br><br>The Rambus Channel is configured with serial connections of memory modules to the common bus. Write operations are initiated from the RAC midpoint of the Rambus clock channel, *e.g.*, with "midpoint synchronization." The RAC (Random Access Controller) also operates to equalize the round trip delay read access time for all memory modules connected to the bus. This is accomplished by determining the longest round trip propagation time for the furthest memory module and delaying all read data transmissions form each memory module to the RAC by an amount that will approximately yield this same longest delay. *See* "Rambus Technology Overview," DL-0040-00, Rambus Inc. Mountain View, California (1997) at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0117-030, Version 0.3, Rambus Inc. Los Altos, California (2001) at 36, 57 & 58.<br><br>In this way, read operations are also performed with "midpoint synchronization" with the timing at the RAC. All random access reads appear the same to the RAC irrespective of the particular RDRAM accessed. The appropriate delay for each device is programmed into the TPARM Control Register of each RDRAM. Delays are programmed in units of Rambus Channel clock cycles resulting in phase coherent operation. *See* "Rambus Technology Overview," DL-0040-00, Rambus Inc. Mountain View, California (1997) at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0117-030, Version 0.3, Rambus Inc. Los Altos, California (2001) at 36, 57 & 58.<br><br>The RAC is located one-half way between each memory module CTM and CFM signal reception |

|  |  |
|---|---|
|  | points. Performing the above described equalizations requires knowing the propagation time from each memory module to the RAC and generation of a local reference signal representative of this delay. The delay will have a value approximately midway through the time interval required for said outgoing reference signal (CTM) to travel from a signal detecting site at said application module (RDRAM) to said second site (RAC) and said return reference signal (CFM) to travel from said second site (RAC) to said signal detecting site (RDRAM) as required by this claim. *See* "Rambus Technology Overview," DL-0040-00, Rambus Inc. Mountain View, California (1997) at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0117-030, Version 0.3, Rambus Inc. Los Altos, California (2001) at 36, 57 & 58.<br><br>The Rambus circuits and software for determining the propagation delay between the RAC and each Rambus RDRAM to ensure midpoint synchronization are the same or equivalent to the TR Labs '277 patent interval halving circuits 20 operating with the pulse injector circuit 14, synchronization Path Loop 16, and pulse regenerator 64 of Fig. 1 with implementation and operations further illustrated in Figs. 2-8 and 10 of the patent and the associated patent text, *e.g.*, TR Labs '277 patent at 4:53 to 8:27. *See also* TR Labs '277 patent at 1:31-38 and 13:43-51 for disclosure of propagation times extending to multiple clock periods and enhanced signal processing for large systems and higher speed clocks.<br><br>The Rambus '703 and '804 patents describe the generation of an internal device clock based on an early bus clock 53 and a late bus clock 54 as identified in Fig. 12 of those patents. Clock 53 is the above discussed CTM and clock 54 is the CFM. *See*, for example Rambus '703 and '804 patents, Figs. 12 & 8A; Rambus '703 patent 20:57-21:30 & 24:65 to 25:60; *see also* Rambus '804 patent 18:47 to 19:16 & 22:39 to 23:27. Both the '703 and '804 patents state: "…the internal device clock is generated so the input sampler and the output driver operate as close in time as possible to midway between the two bus clocks". *See* Rambus '703 patent at 25:1-4; '804 Patent at 22:39-41.) Both the '703 and '804 patents also state: "Each device must sample the two bus clocks and generate its own internal device clock at the midpoint of the two." *See* Rambus '703 patent, 21:28-30 and '804 patent, 19:14-16.<br><br>"The local clock signal generating circuit 110 generates local clock signals LCLK0, LCLK8 for operating the input/output circuits 120, 128, and includes a plurality of first phase blenders 110a, 110i. The first phase blenders 110a, 110i each receive signals from two displaced points on the clock signal line 130. In the illustrated embodiment, one point is on the forward clock signal line 131 and one point is on the return clock signal line 132." '368 Patent, col. 5, lines 37-44; and Figures 1-3. |

3

| | |
|---|---|
| | "The local clock signal generating circuit 110 blends the received signals and generates local clock signals LCLK0, LCLK8 each having a phase which is intermediate the phases of the two points on the clock signal line 130." ('368 Patent, 5:44-48 and Figs. 1-3)<br><br>"The local clock signal generating circuit includes a plurality of phase blenders, each which receives the signals at two points on a clock signal line which transmits the internal clock signals, blends the received signals, and generates a local clock signal having a phase intermediate the phases of the signals at the two points." '368 Patent, Abstract.<br><br>"In order to provide for the foregoing objectives, an integrated circuit device is provided having a local clock signal generating circuit including a phase blender circuit which receives an internal clock signal from at least two displaced points on an internal clock signal line. The internal clock signal from the two points is blended to compensate for delay caused by the characteristics, such as the impedance, of the internal clock signal line to provide a local clock signal to an internal circuit in the vicinity of the local clock signal generating circuit. The local clock generating circuit further includes one or more additional phase blender circuits that receive signals from additional pairs of points and generate additional local clock signals for other internal circuits. In a preferred embodiment, each phase blender circuit receives one input signal from a forward line of the internal clock signal line and a second input from the backward (return) line of the internal clock signal line in the vicinity of each phase blender circuit with each phase blender circuit, in turn, being in the vicinity of the internal circuit receiving the output local clock signals of the respective phase blender circuits." '368 Patent, col. 2, lines 8-27.<br><br>With no difference in phase between the local clock signals LCLK0, LCLK8, each will have a phase corresponding to half of the propagation time interval between the cite and the turn around point of the reference signal path.   '368 Patent, Figures 1-3. |
| **Claim 2.**  A clock synchronizing apparatus as defined in claim 1, said outgoing and return reference signals having a maximum frequency given by:<br><br>*fpulser max=v/2D*<br><br>    where | Electromagnetic waves travel at the speed of light in a vacuum, denoted *c*, which is about $3 \times 10^8$ meters per second.  Propagation on a multi-layer printed circuit board will vary depending on the board construction.  Denote the propagation velocity on the circuit board as *kc* where *k*<1.  For a typical circuit board, *k* might be about 0.6.  For example, if D = 0.1m (10cm) and  k = 0.6, then *fpulser max*=$1.8 \times 10^8$/(2x0.1) = 900 MHz. Reference frequencies below 900MHz would infringe.  Rambus clock rates typically vary between about 100 MHz and 800Mhz, below the maximum frequency of this claim for 10 cm bus lengths.  On information and belief, many products are implemented with bus |

4

| | |
|---|---|
| D = the distance from a detecting site to said second site;<br>v = kc = propagation velocity; k<1<br>c = light propagation velocity in vacuum. | lengths below 10cm. For example, in a typical Rambus application, the physical bus length is about 10 cm or 0.1 meters away from the master controller ASIC. *See*, for example, Rambus '703 patent, at 5:31 and '804 patent at 4:29-30. For lower frequencies, even longer bus lengths would result in infringement.<br><br>In a vacuum, electromagnetic waves travel at the speed of light, which is denoted *c*, which is about $3 \times 10^8$ meters per second. Propagation times on an integrated circuit will vary depending on the circuit construction. Denote the propagation velocity on the integrated circuit as *kc* where *k*<1. For a typical integrated circuit, *k* might be about 0.6. The clock period for the internal clock signal 40 is 2.5 nanoseconds. ("368, 8:41-44 and Fig. 4) The corresponding clock signal frequency will be $1/(2.5 \times 10^{-9})$ = 400MHz. The corresponding maximum distance D will be $(0.6 \times 3 \times 10^8)/(2 \times 400MHz)/ = 0.225$ meters. Clearly this is much larger than distances encountered on modern integrated circuits. Thus, the clock frequency of the '368 patent is less than $f_{pulser\ max}$ as required by this claim. |
| **Claim 3.** A clock synchronizing apparatus as defined in claim 2, further including, at each said application module, means responsive to said local phase reference signal for adjusting the phase of a local clock associated with said application module where by to provide system-wide phase coherent synchronization of said application modules. | Each of the Rambus application or memory modules operate as described above providing system wide phase coherent synchronization of the application modules for memory read operations as defined by this claim. *See* "Rambus Technology Overview," DL-0040-00, Rambus Inc. Mountain View, California (1997) at 7-12; and RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 at 29, 36, 57 & 58.<br><br>The Rambus circuits and software for determining the propagation delay between the RAC and each RDRAM and used to ensure system wide midpoint synchronization through adjustment of the phase of the transmit timing for each RDRAM are the same or equivalent to the TR Labs '277 patent determination of the same propagation delays using the interval halving circuits 20 operating with the pulse injector circuit 14, synchronization Path Loop 12, pulse regenerator 64 of Fig. 1 with implementation and operations further illustrated in Figs. 2-8 and 10 of the patent and the associated patent text. *See*, *e.g.*, TR Labs '277 patent at 4:53 to 8:27. |
| **Claim 4.** A clock synchronizing apparatus as defined in claim 3, further including means defining a reference signal reference path for said outgoing and said return reference signals, said reference path including an outgoing path for transmitting said outgoing reference signal there along and a return path for transmitting said return reference signal there | The Rambus Channel provides a reference signal path for the outgoing CFM signal and a return reference path for the CTM signal with each application module having signal detection in each reference path. *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002).<br><br>The Rambus Channel CFM and CTM reference signal paths are the same or equivalent to the TR Labs '277 patent down and back transmission paths 26 and 28 of the pulse synchronization Path Loop 16 as |

5

| | |
|---|---|
| along, each said application module having a signal detecting site in said reference path. | shown in Fig. 1. *See*, *e.g.*, TR Labs '277 patent at 7:16-68.<br><br>"The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100, and has a round trip structure including a forward clock signal line 131 connected from the output port of the internal clock signal generating circuit 100 to the vicinity of the farthest input/output circuit 128, and a backward clock line 132 connected from the vicinity of the farthest input/output circuit 128 to the vicinity of the internal clock signal generating circuit 100." '368, col. 5, lines 27-36; Figures 1-3.<br><br>Each of the application modules 110a to 110i of the '368 patent includes a signal detection site in the reference path. '368 Patent, Figures 1-3)<br><br>"The local clock signal generating circuit 110 generates local clock signals LCLK0, LCLK8 for operating the input/output circuits 120, 128, and includes a plurality of first phase blenders 110a, 110i. The first phase blenders 110a, 110i each receive signals from two displaced points on the clock signal line 130. In the illustrated embodiment, one point is on the forward clock signal line 131 and one point is on the return clock signal line 132." '368 Patent, col. 5, lines 36-44.<br><br>"As shown in the illustrated embodiment of FIG. 1, each of the first phase blenders 110a, 110i includes a first inverter I1 that inverts the signal from a point on the forward clock signal line 131 and a second inverter 12 that inverts the signal from a point on the return clock signal line 132." '368 Patent, col. 5, lines 54-58; and Figure 1. |
| **Claim 5.** A clock synchronizing apparatus as defined in claim 4, said reference path comprising a pair of electrical conductors having substantially equal lengths from any point thereon to said second site and being routed as a pair to the location of every application module to be synchronized. | The Rambus channel has a pair of electrical conductors in the bus connection with substantially equal lengths from any point to the master controller. *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002).<br><br>The reference signal path 130 of the '368 patent comprises a pair of electrical conductors of substantially equal length on the integrated circuit device. '368 Patent, Figures 1-3.<br><br>"The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100, and has a round trip structure including a forward clock signal line 131 connected from the output port of the internal clock signal generating circuit 100 to the vicinity of the farthest input/output circuit 128, and a backward clock line 132 connected from the vicinity of the |

| | |
|---|---|
| | farthest input/output circuit 128 to the vicinity of the internal clock signal generating circuit 100." '368 Patent, col. 5, lines 27-35; and Figures 1-3. |
| **Claim 11.** A clock synchronizing apparatus as defined in claim 3, further including means at said second site for emitting said return reference signal upon receipt of said outgoing reference signal. | The Rambus CMOS ASIC device master controller (RAC) second site includes circuits for emitting the return reference signal (CFM) upon receipt of the outgoing reference signal (CTM). *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002). <br><br> The Rambus RAC circuits for emitting the return CFM signal upon receipt of the outgoing CTM signal is the same or equivalent to the TR Labs '277 patent pulse regenerator 64 of synchronization Path Loop 12 of Fig. 1. *See* TR Labs '277 patent at 7:16-24 (with further implementation and operation details provided in Figs. 2-8 and 10, and the associated text at 4:53 to 8:27). |
| **Claim 12.** A clock synchronizing apparatus as defined in claim 3, further including means at said second site for re-transmitting said outgoing reference signal as said return reference signal from said second site towards first site upon receipt of said outgoing reference signal. | The Rambus CMOS ASIC device master controller (RAC) second site includes means for emitting the return reference signal (CFM) from the second site towards the clock generation first site (DRCG) upon receipt of the reference signal (CTM). *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002). <br><br> The Rambus RAC circuits for re-transmitting the received CTM signal as a return CFM reference signal from the RAC towards the Rambus Clock Generator is the same or equivalent to the TR Labs '277 patent pulse regenerator 64 of synchronization Path Loop 12 of Fig. 1. *See* TR Labs '277 patent at 7:16-24 (with further implementation and operation details provided in Figs. 2-8 and 10, and the associated text at 4:53 to 8:27). |
| **Claim 13**. A clock synchronizing apparatus as defined in claim 3, said detecting means including interval-halving circuit means. | "The local clock signal generating circuit 110 blends the received signals and generates local clock signals LCLK0, LCLK8 each having a phase which is intermediate the phases of the two points on the clock signal line 130. Therefore, theoretically, when the delay times of the forward 131 and backward 132 clock lines vary linearly in proportion to the distance from the output port of the internal clock signal generating circuit 100, there is substantially no phase difference between the local clock signals LCLK0, LCLK8." '368 Patent, col. 5, lines 44-53. <br><br> "The local clock signal generating circuit includes a plurality of phase blenders, each which receives the signals at two points on a clock signal line which transmits the internal clock signals, blends the received signals, and generates a local clock signal having a phase intermediate the phases of the signals at the two points." '368 Patent, Abstract. |

| | |
|---|---|
| | With no difference in phase between the local clock signals LCLK0, LCLK8, each will have a phase corresponding to half of the propagation time interval between the cite and the turn around point of the reference signal path. '368 Patent, Figures 1-3. |
| **Claim 27.** A clock synchronizing apparatus as defined in claim 3, further including means for transmitting a raw clock signal to each said application module. | The Rambus Channel transmits a raw clock reference signal from a first cite, DRCG (Direct Rambus Clock Generator). This signal is called the "Clock To Master" (CTM) and is sent to each application module via the Rambus Channel clock line. *See, e.g.*, "Direct Rambus Clock Generator, Doc. DL0056," Version 1.3 (2002); and "Rambus Technology Overview," DL-0040-00 (1997).<br><br>The Rambus Channel and Rambus Clock Generator for transmitting the raw clock signal are the same or equivalent to the TR Labs '277 patent pulse injector circuit 14, synchronization Path Loop 12 and pulse regenerator 64 of Fig. 1. *See* TR Labs '277 patent at 7:16-24 (with further implementation and operation details provided in Figs. 2-8 and 10, and the associated text at 4:53 to 8:27). |
| **Claim 28.** A clock synchronizing apparatus as defined in claim 27, further including means defining a raw clock signal transmission path to each said application module. | The Rambus Channel includes a raw clock signal transmission path to each application module in the form of the channel clock line. *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002).<br><br>The Rambus Channel for transmitting the raw clock signal is the same or equivalent to the TR Labs '277 patent synchronization Path Loop 12 of Fig. 1. *See* TR Labs '277 patent at 7:16-24 (with further implementation and operation details provided in Figs. 2-8 and 10, and the associated text at 4:53 to 8:27).<br><br>"The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100, and has a round trip structure including a forward clock signal line 131 connected from the output port of the internal clock signal generating circuit 100 to the vicinity of the farthest input/output circuit 128, and a backward clock line 132 connected from the vicinity of the farthest input/output circuit 128 to the vicinity of the internal clock signal generating circuit 100." '368 Patent, col. 5, lines 27-35; and Figures 1-3. The clock line 130 defines a raw clock signal transmission path to each said application module 110a to 110i. |
| **Claim 37.** A method of phase synchronizing a plurality of spatially distributed application modules having synchronizing clocks requiring synchronization, said method comprising the steps of: | Rambus makes use of a method employing a high speed Rambus Channel to connect a CMOS ASIC device controller (RAC) to high-speed memory modules (RDRAMs). The Rambus Channel provides a common absolute time reference to the spatially distributed memory application modules using the Rambus clocking scheme. The memory modules derive synchronous clocks from the common Rambus Channel clock lines. *See, e.g.,* "Rambus Technology Overview," DL-0040-00 (1997); and "Direct |

| | |
|---|---|
| | RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000). |
| | |
| | The '368 patent discloses a method of synchronizing a plurality of spatially distributed application modules having synchronizing clocks requiring synchronization on integrated circuit devices. '368 Patent, col. 1, line 66 – col. 2, line 2; col. 5, lines 10-16; and Figures 1-3. |
| transmitting an outgoing reference signal from a first site to a second site and a return reference signal from said second site to said first site upon arrival of said outgoing reference signal at said second site; and | The Rambus Channel transmits a clock reference signal from a first cite, DRCG (Direct Rambus Clock Generator). This signal is called the "Clock To Master" (CTM). The CTM clock signal is transmitted to a second site, the RAC implemented with the Rambus ASIC master device controller. Upon arrival of the signal at the RAC master second site, a return reference signal generated at the RAC second site is transmitted back to the first site. The return reference signal is called the "Clock From Master" (CFM). *See* "Direct RAC Data Sheet," Rambus Document DL0064, Version 1.11 (July 2000) at 1-19. *See also* Direct Rambus Clock Generator, Doc. DL0056, Version 1.3 (2002.) |
| | |
| | "The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100, and has a round trip structure including a forward clock signal line 131 connected from the output port of the internal clock signal generating circuit 100 to the vicinity of the farthest input/output circuit 128, and a backward clock line 132 connected from the vicinity of the farthest input/output circuit 128 to the vicinity of the internal clock signal generating circuit 100." '368 Patent, col. 5, lines 27-36; col. 8, lines 37-40; and Figures 1-3, 5:27-36. |
| detecting an outgoing reference signal and a corresponding return reference signal and producing a local phase reference signal approximately midway through the time interval required for said outgoing reference signal to travel from a signal detecting site at said application module to said second site and said return reference signal to travel from said second site to said signal detecting site. | Rambus application modules, such as the Rambus RDRAM memory module, detect the CTM (clock to master) signal from the channel. The CTM signal is used to generate the TCLK (Transmit Clock) for synchronization of date transfers from the memory module to the master controller. The Rambus application memory modules also detect the CFM signal from the channel and use that signal to generate the RCLK clock for synchronizing receipt of data from the master controller. *See, e.g.*, RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 (2001) at 1-5.<br><br>The Rambus Channel is configured with serial connections of memory modules to the common bus. Write operations are initiated from the RAC midpoint of the Rambus clock channel, e.g., with "midpoint synchronization." The RAC (Random Access Controller) also operates to equalize the round trip delay read access time for all memory modules connected to the bus. This is accomplished by determining the longest round trip propagation time for the furthest memory module and delaying all read data transmissions form each memory module to the RAC by an amount that will approximately yield this same longest delay. See Rambus Technology Overview," DL-0040-00 (1997) |

9

at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 (2001) at 29, 36, 57 & 58.

In this way, read operations are also performed with "midpoint synchronization" with the timing at the RAC. All random access reads appear the same to the RAC irrespective of the particular RDRAM accessed. The appropriate delay for each device is programmed into the TPARM Control Register of each RDRAM. Delays are programmed in units of Rambus Channel clock cycles resulting in phase coherent operation. *See* Rambus Technology Overview," DL-0040-00 (1997) at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 (2001) at 29, 36, 57 & 58.

The RAC is located one-half way between each memory module CTM and CFM signal reception points. Performing the above described equalizations requires knowing the propagation time from each memory module to the RAC and generation of a local reference signal representative of this delay. The delay will have a value approximately midway through the time interval required for said outgoing reference signal (CTM) to travel from a signal detecting site at said application module (RDRAM) to said second site (RAC) and said return reference signal (CFM) to travel from said second site (RAC) to said signal detecting site (RDRAM) as required by this claim. *See* Rambus Technology Overview," DL-0040-00 (1997) at 7-12. *See also* RDRAM 1066 MHz RDRAM, Document DL-0119-030, Version 0.3 (2001) at 29, 36, 57 & 58.

The Rambus '703 and '804 patents describe the generation of an internal device clock based on an early bus clock 53 and a late bus clock 54 as identified in Fig. 12 of those patents. Clock 53 is the above discussed CTM and clock 54 is the CFM. *See*, for example Rambus '703 and '804 patents, Figs. 12 & 8A; Rambus '703 patent 20:57-21:30 & 24:65 to 25:60; see also Rambus '804 patent 18:47 to 19:16 & 22:39 to 23:27. Both the '703 and '804 patents state: "…the internal device clock is generated so the input sampler and the output driver operate as close in time as possible to midway between the two bus clocks". Rambus '703 patent at 25:1-4; '804 Patent at 22:39-41. Both the '703 and '804 patents also state: "Each device must sample the two bus clocks and generate its own internal device clock at the midpoint of the two." *See* Rambus '703 patent, 21:28-30 and '804 patent, 19:14-16.

"The local clock signal generating circuit 110 generates local clock signals LCLK0, LCLK8 for operating the input/output circuits 120, 128, and includes a plurality of first phase blenders 110a, 110i. The first phase blenders 110a, 110i each receive signals from two displaced points on the clock signal line 130. In the illustrated embodiment, one point is on the forward clock signal line 131 and one point

| | |
|---|---|
| | is on the return clock signal line 132." '368 Patent, col. 5, lines 37-44; and Figures 1-3.<br><br>"The local clock signal generating circuit 110 blends the received signals and generates local clock signals LCLK0, LCLK8 each having a phase which is intermediate the phases of the two points on the clock signal line 130." '368 patent, col. 5, lines 44-48; and Figures 1-3.<br><br>"In order to provide for the foregoing objectives, an integrated circuit device is provided having a local clock signal generating circuit including a phase blender circuit which receives an internal clock signal from at least two displaced points on an internal clock signal line. The internal clock signal from the two points is blended to compensate for delay caused by the characteristics, such as the impedance, of the internal clock signal line to provide a local clock signal to an internal circuit in the vicinity of the local clock signal generating circuit. The local clock generating circuit further includes one or more additional phase blender circuits that receive signals from additional pairs of points and generate additional local clock signals for other internal circuits. In a preferred embodiment, each phase blender circuit receives one input signal from a forward line of the internal clock signal line and a second input from the backward (return) line of the internal clock signal line in the vicinity of each phase blender circuit with each phase blender circuit, in turn, being in the vicinity of the internal circuit receiving the output local clock signals of the respective phase blender circuits." '368 patent, col. 2, lines 8-27.<br><br>With no difference in phase between the local clock signals LCLK0, LCLK8, each will have a phase corresponding to half of the propagation time interval between the cite and the turn around point of the reference signal path. '368 Patent, Figures 1-3. |
| **Claim 38.** A method as defined in claim 37, wherein said transmitting step includes transmitting a signal at a predetermined frequency wherein the period thereof is greater than the round trip propagation time of said signals. | Electromagnetic waves travel at the speed of light in a vacuum, denoted $c$, which is about $3 \times 10^8$ meters per second. Propagation on a multi-layer printed circuit board will vary depending on the board construction. Denote the propagation velocity on the circuit board as $kc$ where $k<1$. For a typical circuit board, $k$ might be about 0.6. For example, with a bus length of 0.1m (10cm), he round trip propagation time will be $T = 2D/kc = 2 \times 0.1/0.6 \times 3 \times 10^8 = 1.11 \times 10^{-9} = 1.11$ nanoseconds. The frequency of a wave with a period of 1.11 nanoseconds will be $1/1.11 \times 10^{-9} = 0.9 \times 10^9 = 900$ MHz. Thus, for frequencies less than about 900 MHz, the period of the waveform will be greater than the round trip propagation time for a 10cm bus length. Rambus clock rates typically vary between about 100 MHz and 800Mhz, below the maximum 900 MHz frequency specified by this claim. On information and belief, many products are implemented with bus lengths below 10cm. For example, in a typical Rambus application, the physical bus length is about 10 cm or 0.1 meters away from the master controller ASIC. *See* Rambus '703 patent, at 5:31 and '804 patent at 4:29-30. |

11

| | |
|---|---|
| | "FIG. 4 is a waveform graph showing the results of a simulation performed on the circuit shown in FIG. 3. … Reference numerals 41 through 50 denote the signals at the points 41 through 50 of the forward clock line 131 shown in FIG. 3. Reference numerals 51 through 60 denote the signals at the points 51 through 60 of the backward clock line 132 shown in FIG. 3." '368 Patent, col. 8, lines 41-46. |
| | The clock period for the internal clock signal 40 of the '368 patent is 2.5 nanoseconds. '368 Patent, col. 8, lines 41-44; and Figure 4. The corresponding clock signal frequency will be $1/(2.5 \times 10^{-9}) = 400 MHz$. |
| | In a vacuum, electromagnetic waves travel at the speed of light, which is denoted $c$, which is about $3 \times 10^8$ meters per second. Propagation times on an integrated circuit will vary depending on the circuit construction. Denote the propagation velocity (v) on the integrated circuit as $kc$ where $k<1$. For a typical integrated circuit, $k$ might be about 0.6. |
| | The round trip propagation time will be 2D/v where D is the one-way propagation distance. Assuming very conservatively for integrated circuits that D is 1cm, the propagation time would be $(2 \times .01)/0.6 \times 3 \times 10^8 = 0.11 \times 10^{-9} = 0.11$ nanoseconds. Thus the period of 2.5 nanoseconds is greater than the round trip propagation time as required by this claim. |
| **Claim 39.** A method as defined in claim 38, said predetermined frequency being less than or equal to<br><br>$fpulser=v/2D$<br><br>where D is the length of said outgoing path<br>v=kc=propagation velocity; k<1<br>c=propagation velocity of light in a vacuum. | In a vacuum electromagnetic waves travel at the speed of light, denoted $c$, which is about $3 \times 10^8$ meters per second. Propagation times on an integrated circuit will vary depending on the circuit construction. Denote the propagation velocity on the integrated circuit as $kc$ where $k<1$. For a typical integrated circuit, $k$ might be about 0.6. The clock period for the internal clock signal 40 is 2.5 nanoseconds. '368 Patent, col. 8, lines 41-44; and Figure 4. The corresponding clock signal frequency will be $1/(2.5 \times 10^{-9}) = 400 MHz$. The corresponding maximum distance D will be $(0.6 \times 3 \times 10^8)/(2 \times 400 MHz)/ = 0.225$ meters. Clearly this is much larger than distances encountered on modern integrated circuits. Thus clock the frequency of the '368 patent is less than $f_{pulser\ max}$ as required by this claim. |

| | |
|---|---|
| **Claim 52**. An electronic system comprising: | The integrated circuit of the '368 patent is an electronic system. '368 Patent, col. 4, lines 52-62; and Figures 1-3. |
| a signal source for providing an initial signal; | "The clock line 130 transmits an internal clock signal ICLK generated by the internal clock signal generating circuit 100." '368 Patent, col. 5, lines 27-29. |
| a plurality of receivers, each having a first and second | "The local clock signal generating circuit 110 generates local clock signals LCLK0, LCLK8 for |

| | |
|---|---|
| input lead, each of said receivers requiring the use of an associated one of a plurality of locally generated signals, | operating the input/output circuits 120, 128, and includes a plurality of first phase blenders 110a, 110i. The first phase blenders 110a, 110i each receive signals from two displaced points on the clock signal line 130. In the illustrated embodiment, one point is on the forward clock signal line 131 and one point is on the return clock signal line 132." '368 Patent, col. 5, lines 37-44; and Figures 1-3. |
| Each of said plurality of locally generated signals corresponding to said initial signal and delayed from said initial signal by a signal path having an end for receiving said initial signal, | Each of the locally generated signals corresponds to the initial local clock signal generated by the internal clock signal generating circuit 100 and delayed from that initial signal by the signal path between the clock signal generating circuit 100 and the plurality of receiving ends of the phase blenders 110a, 110i. '368 Patent, col. 5, lines 37-44; and Figures 1-3. |
| Each of said first input leads of said plurality of receivers being connected to said signal path at an associated one of a first plurality of locations along said signal path such that each of said receivers has an associated first propagation delay between said source and said location, such that said first propagation delays are not equal, | Each of the first input leads for each of the plurality of receiver circuits 110a, 110i connected to the signal path have different distances between each respective receiver circuit and the clock signal generation circuit 110, and hence propagation delays that are not equal. '368 Patent, col. 5, lines 37-44; Figures 1-3. |
| and each of said second input leads of said plurality of receivers being connected to said signal path at an associated one of a second plurality of locations along said signal path such that each of said receivers has an associated second propagation delay between said source and said location, such that said second propagation delays are not equal; and | Each of the second input leads for each of the plurality of receiver circuits 110a, 110i connected to the signal path have different distances between each respective receiver circuit and the clock signal generation circuit 110, and hence propagation delays that are not equal. '368 Patent, col. 5, lines 37-44; Figures 1-3. |
| a plurality of means, each associated with one of said receivers for combining said signals on said first and second input leads in order to generate a locally generated signal corresponding to said initial signal and having a propagation delay from said initial signal which is equal to the average of said first propagation delay and said second propagation delay associated with said receiver. | "The local clock signal generating circuit 110 blends the received signals and generates local clock signals LCLK0, LCLK8 each having a phase which is intermediate the phases of the two points on the clock signal line 130." '368 Patent, col. 5, lines 44-48; and Figures 1-3.<br><br>"The local clock signal generating circuit includes a plurality of phase blenders, each which receives the signals at two points on a clock signal line which transmits the internal clock signals, blends the received signals, and generates a local clock signal having a phase intermediate the phases of the signals at the two points." '368 Patent, Abstract.<br><br>"In order to provide for the foregoing objectives, an integrated circuit device is provided having a local clock signal generating circuit including a phase blender circuit which receives an internal clock signal |

13

|  | from at least two displaced points on an internal clock signal line. The internal clock signal from the two points is blended to compensate for delay caused by the characteristics, such as the impedance, of the internal clock signal line to provide a local clock signal to an internal circuit in the vicinity of the local clock signal generating circuit. The local clock generating circuit further includes one or more additional phase blender circuits that receive signals from additional pairs of points and generate additional local clock signals for other internal circuits. In a preferred embodiment, each phase blender circuit receives one input signal from a forward line of the internal clock signal line and a second input from the backward (return) line of the internal clock signal line in the vicinity of each phase blender circuit with each phase blender circuit, in turn, being in the vicinity of the internal circuit receiving the output local clock signals of the respective phase blender circuits." '368 Patent, col. 2, lines 8-27.<br><br>With no difference in phase between the local clock signals LCLK0, LCLK8, each will have a phase corresponding to half of the propagation time interval between the cite and the turn around point of the reference signal path, or the average of the first and second propagation delay as required by this claim. '368 Patent, col. 2, lines 8-27; col. 5, lines 44-48; and Figures 1-3. |
|---|---|