1  Bernard H. Chao (148,352)
   Frederick F. Hadidi (160,681)
2  CHAO, HADIDI, STARK & BARKER LLP
   770 Menlo Avenue, Suite 205
3  Menlo Park, California  94025
   Telephone:  (650) 325-0220
4  Facsimile: (650) 332-1800
   Email: *bchao@chsblaw.com*
5  *fred@chsblaw.com*

6  George C. Summerfield
   STADHEIM & GREAR
7  400 North Michigan Avenue
   Suite 2200
8  Chicago, Illinois 60611
   Telephone:  (312) 755-4400
9  Facsimile:  (312) 755-4408
   Email:  *gstadlaw@aol.com,*
10
   Attorneys for Plaintiff
11 ALBERTA TELECOMMUNICATIONS
   RESEARCH CENTRE d/b/a TR LABS
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | ALBERTA TELECOMMUNICATIONS
   | RESEARCH CENTRE d/b/a TR LABS,
17 |
   |         Plaintiff,                                | Case No. C07 02416 WDB
18 |
   |     v.                                            | PLAINTIFF TRLAB'S
19 |                                                   | CERTIFICATION OF INTERESTED
   | SAMSUNG ELECTRONICS CO., LTD. and                 | ENTITIES OR PERSONS
20 | SAMSUNG ELECTRONICS AMERICA, INC.
21 |
   |         Defendants.
22 |

23

24     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of the date below,

25 other than the named plaintiff, there is no such interest to report.
26

27

28

                                                    Plaintiff's Certificate of Interest
                                                    Case No. C07 02416 WDB

-2-

1 | May 11, 2007

Respectfully submitted,

 /s/ Bernard H. Chao
Bernard H. Chao (148,352)
Frederick F. Hadidi (160,681)
CHAO, HADIDI, STARK & BARKER LLP
770 Menlo Avenue, Suite 205
Menlo Park, California 94025
Telephone: (650) 325-0220
Facsimile: (650) 332-1800

George C. Summerfield
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

ATTORNEYS FOR PLAINTIFF
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS