| Attorney or Party without Attorney: <br> Bernard H. Chao, Esq., Bar #148352 <br> Chao Hadidi Stark & Barker, LLP <br> 770 Menlo Avenue, Suite 205 <br> Menlo Park, CA 94025 <br> Telephone No: 650-325-0220    FAX No: 650-332-1800 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United Stated District Court - Northern District Of California | |
| Plaintiff: Alberta Telecommunications Research Centre, et al. | |
| Defendant: Samsung Electronics, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0702416WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Civil Case Cover Sheet; ADR Packet; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Intial Case Management Conference and Adr DeadlinesCase Schedule- ADR Multi- Option Program; Standing Order (All Judges); Standing Order (Judge Wayne D. Brazil); Complaint

3. a. Party served:            Samsung Semiconductor Inc.
   b. Person served:           Dina La Porta, Person Authorized to Accept

4. Address where the party was served:   National Registered Agents, Inc.
                                          2030 Main Street Ste 1030
                                          Irvine, CA 92614

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 08, 2007 (2) at: 4:00PM

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Donald L. Niemeyer                              d. *The Fee for Service was:*   $80.00



1ST Nationwide Legal Services
501 12th Street
Sacramento CA, 95814
Voice: 916.449.8990
FAX: 916.449.8991

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   PSC 1374
      (iii) County:              Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Fri, May. 11, 2007

Judicial Council Form           PROOF OF SERVICE           (Donald L. Niemeyer)
Rule 982.9.(a)&(b) Rev January 1, 2007                                              becha.60860