DAVID J. HEALEY (pro hac vice application pending)
Email: david.healey@weil.com
ANITA KADALA (pro hac vice application pending)
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
Email: titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
Samsung Electronics Co., Ltd. and
Samsung Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,

Defendants.

Case No. C07 02416 WEB

***AGREED STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT***

DEFENDANTS Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. ("Defendants") file this Agreed Stipulation for Extension of Time of Answer, Move or Otherwise Respond to Plaintiff's Complaint filed herein, and would respectfully show the Court as follows:

Counsel for Plaintiff Alberta Telecommunications Research Centre d/b/a TR Labs and counsel for Defendants have agreed that Defendants shall have until and including July 13, 2007 to answer, move or otherwise respond to the Complaint. No extensions have previously been granted, and no other due dates in this case will be affected by the extension.

Defendants respectfully request that the time to answer, move or otherwise respond to the Complaint be moved to and include July 13, 2007.

Dated: May 29, 2007

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By ______________________
David J. Healey
Anita E. Kadala
WEIL, GOTSHAL & MANGES LLP
Houston, TX 77002

Yen P. Nguyen
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA 94065

Attorneys for Defendants