

Clerk's Use Only
Initial for fee pd.:

ANITA KADALA
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5000

**FILED**

MAY 3 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

          Plaintiff(s),

    v.

SAMSUNG ELECTRONICS CO., LTD.
and SAMSUNG SEMINCONDUCTOR,
INC.

          Defendant(s).

CASE NO. C07 02416 ~~WEB~~ WDB

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, ANITA KADALA, an active member in good standing of the bar of the Eastern District of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Yen P. Nguyen, Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway,
    Redwood Shores, CA 94065, (650) 802-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2007

                                                        ANITA KADALA