RECEIVED
MAY 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

CASE NO. C-07-2416-WDB

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.
and SAMSUNG SEMICONDUCTOR,
INC.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

ANITA E. KADALA, an active member in good standing of the bar of the Eastern District of Texas whose business address and telephone number (particular court to which applicant is admitted) is

700 Louisiana, Suite 1600
Houston, TX 77002
(713) 546-5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Samsung Electronics Co., Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 31, 2007

/s/ Wayne D. Brazil
United States Magistrate Judge