Keith A. Vogt
STADHEIM & GREAR
400 North Michigan Avenue Suite 2200
Chicago, Illinois 60611
(312) 755-4400

**Clerk's Use Only**

Initial for fee pd.:

**FILED**

JUN 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD
and SAMSUNG ELECTRONICS
AMERICA, INC

Defendant(s).

CASE NO. C07 02416 - *WDB*

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Keith A. Vogt                              , an active member in
good standing of the bar of  Northern District of Illinois,                        , hereby applies
for admission to practice in the Northern District of California on a pro hac vice basis
representing  plaintiff                                         in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest
       court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
       Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
       become familiar with the Local Rules and the Alternative Dispute Resolution
       programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who
       maintains an office within the State of California has been designated as co-
       counsel in the above-entitled action.  The name, address and telephone number of
       that attorney is:
       Bernard Chao, Chao Hadidi Stark & Barker LLP, 770 Menlo Avenue, Suite
       205, Menlo Park, CA  94025 (650) 325-0220

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  6/11/07