| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Joseph A. Grear
STADHEIM & GREAR
400 North Michigan Avenue Suite 2200
Chicago, Illinois 60611
(312) 755-4400



E-FILED
JUN 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD
and SAMSUNG ELECTRONICS
AMERICA, INC

Defendant(s).

CASE NO. C07 02416 /WDB

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Joseph A Grear, an active member in good standing of the bar of Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Bernard Chao, Chao Hadidi Stark & Barker LLP, 770 Menlo Avenue, Suite 205, Menlo Park, CA 94025 (650) 325-0220

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/11/07