RECEIVED
JUN 1 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

CASE NO. C07 02416 WDB

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO, LTD
and SAMSUNG ELECTRONICS
AMERICA, INC

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Steven R. Pederson, an active member in good standing of the bar of Northern District of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

STADHEIM & GREAR
400 North Michigan Avenue Suite 2200
Chicago, Illinois 60611

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6-21-07

United States Magistrate Judge