IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., et al.,<br><br>Defendant. | ***E-FILED - 6/28/07***<br><br>CASE NO.: C-07-02416-RMW<br>*(Case is Related to C-06-02595-RMW)*<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **August 10, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Joint Case Management Statement by August 3, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 28, 2007

                                                BY: ***/s/ Jackie Garcia***
                                                    JACKIE GARCIA
                                                    Courtroom Deputy for
                                                    Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28