DAVID J. HEALEY (admitted *pro hac vice*)
Email:  david.healey@weil.com
ANITA E. KADALA (admitted *pro hac vice*)
Email:  anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
Email: titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, <br><br>Plaintiff, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br>Defendants. | Case No. C07 02416 RMW <br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** <br><br>Hon. Ronald M. Whyte |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. hereby certifies that the following are the corporate parents of the Defendants or are publicly held companies that own 10% or more of their stock: Samsung Electronics Co., Ltd. (a parent company and more than 10% holder of Samsung Semiconductor, Inc.). Counsel will amend this disclosure if any such additional party is identified.

Dated:   July 13, 2007

Respectfully submitted,

By     /s/ Yen Nguyen
David J. Healey
Anita E. Kadala
WEIL, GOTSHAL & MANGES LLP
Houston, TX 77002

Yen P. Nguyen
WEIL, GOTSHAL & MANGES LLP
Redwood Shores, CA 94065

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.