DAVID J. HEALEY (admitted *pro hac vice*)
Email: david.healey@weil.com
ANITA E. KADALA (admitted *pro hac vice*)
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
Email: titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW<br><br>**DECLARATION OF YEN P. NGUYEN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br><br>Honorable Ronald M. Whyte |

I, Yen P. Nguyen, declare:

1. I am a member of the State Bar of California and an associate with the law firm of Weil, Gotshal & Manges LLP, counsel of record for defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. I make this declaration in support of the Joint Stipulation and [Proposed] Order Selecting ADR Process. The facts stated herein are true and correct and are based on my own personal knowledge, and if called upon as a witness, I could competently testify to them.

2. Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of the Joint Stipulation and [Proposed] Order Selecting ADR Process has been obtained from George Summerfield.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2007 at Redwood Shores, California.

|  | /s/ Yen Nguyen |
|---|---|
|  | Yen P. Nguyen |

Nguyen Decl. re Joint Stipulation and [Propsoed] Order Selecting ADR Process

2

Case No. C07 02416 RMW