1  DAVID J. HEALEY (admitted *pro hac vice*)
   Email:  david.healey@weil.com
2  ANITA E. KADALA (admitted *pro hac vice*)
   Email:  anita.kadala@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Houston Office
4  700 Louisiana, Suite 1600
   Houston, TX 77002
5  Telephone: (713) 546-5000
   Facsimile: (713) 224-9511
6
   YEN P. NGUYEN (Bar No. 239095)
7  Email:  titi.nguyen@weil.com
   WEIL, GOTSHAL & MANGES LLP
8  Silicon Valley Office
   201 Redwood Shores Parkway
9  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100

11 Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD. and
12 SAMSUNG SEMICONDUCTOR, INC.

13                     UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

16 ALBERTA TELECOMMUNICATIONS          Case No. C07 02416 RMW
   RESEARCH CENTRE d/b/a TR LABS,
17                                     **ADR CERTIFICATION BY PARTIES
                 Plaintiff,            AND COUNSEL**
18
       v.
19
   SAMSUNG ELECTRONICS CO., LTD. and
20 SAMSUNG SEMICONDUCTOR, INC.,
                                       Honorable Ronald M. Whyte
21               Defendants.

22

23        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-(b), each of the undersigned

   certifies that he or she has:

24

25        (1)     Read the handbook entitled "*Dispute Resolution Procedures in the

   *Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov

26 *(Limited printed copies are available from the clerks office for parties in cases not subject to the*

27 *court's Electronic Case Filing program (ECF) under General Order 45);*

28

1          (2)    Discussed the available dispute resolution options provided by the Court

2    and private entities;

3          (3)    Considered whether this case might benefit from any of the available

4    dispute resolution options.

5

6    Dated: July 17, 2007                          Respectfully submitted,

7                                                  WEIL, GOTSHAL & MANGES LLP

8

9                                                  By    /s/ David Healey
10                                                     David J. Healey

11                                                  Counsel for Defendants SAMSUNG
                                                   ELECTRONICS CO., LTD. and
12                                                  SAMSUNG SEMICONDUCTOR,
                                                   INC.
13

14                                                  STADHEIM & GREAR

15

16                                                  By    /s/ George Summerfield
                                                      George C. Summerfield
17
                                                   Counsel for Plaintiff ALBERTA
18                                                  TELECOMMUNICATIONS
                                                   RESEARCH CENTRE d/b/a TR LABS
19

20          Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding

21    signatures, I attest under penalty of perjury that the concurrence in the filing of the document has

22    been obtained from George Summerfield.

23    Dated: July 17, 2007                          WEIL, GOTSHAL & MANGES LLP

24

25                                                  By    /s/ David Healey
26                                                     David J. Healey
                                                   Counsel for Defendants SAMSUNG
27                                                  ELECTRONICS CO., LTD. and
                                                   SAMSUNG SEMICONDUCTOR,
28                                                  INC.