1  Bernard H. Chao (148,352)
   Frederick F. Hadidi (160,681)
2  CHAO, HADIDI, STARK & BARKER LLP
   770 Menlo Avenue, Suite 205
3  Menlo Park, California  94025
   Telephone:  (650) 325-0220
4  Facsimile: (650) 332-1800
   Email: *bchao@chsblaw.com*
5  *fred@chsblaw.com*

6  George C. Summerfield
   Joseph A. Grear (*pro hac vice*)
7  Keith A. Vogt (*pro hac vice*)
   Steven R. Pedersen (*pro hac vice*)
8  STADHEIM & GREAR
   400 North Michigan Avenue
9  Suite 2200
   Chicago, Illinois 60611
10 Telephone:  (312) 755-4400
   Facsimile:  (312) 755-4408
11 Email:  *gstadlaw@aol.com,*
   *jstadlaw@aol.com, keithvogt@aol.com*,
12 *sstadlaw@aol.com*

13

14 Attorneys for Plaintiff
   ALBERTA TELECOMMUNICATIONS
15 RESEARCH CENTRE d/b/a TR LABS

16                     **UNITED STATES DISTRICT COURT**

17                     **NORTHERN DISTRICT OF CALIFORNIA**

18

19 ALBERTA TELECOMMUNICATIONS
   RESEARCH CENTRE d/b/a TR LABS,
20
21            Plaintiff,                    Case No. C07 02416 RMW

22       v.                                 NOTICE OF APPEARANCE

23 SAMSUNG ELECTRONICS CO., LTD. and
   SAMSUNG ELECTRONICS AMERICA, INC.
24
25            Defendants.

26
       PLEASE TAKE NOTICE that the following counsel appear as counsel of record for
27
   plaintiff ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS and
28

1 | demand that all notices given or required to be given in the above-captioned matter and all
2 | papers served in this case be given to and served upon him at the following addresses, emails and
3 | telephone numbers:

Joseph A. Grear (*pro hac vice*)
Keith A. Vogt (*pro hac vice*)
Steven R. Pedersen (*pro hac vice)*
Stadheim & Grear, Ltd.
400 N. Michigan Avenue
Suite 2200
Chicago, IL  60611
Tel:  (312) 755-4400
Fax:  (312) 755-4408
jstadlaw@aol.com, keithvogt@aol.com, sstadlaw@aol.com

Dated:  July 30, 2007

By: /S/
Bernard H. Chao
Chao Hadidi Stark & Barker LLP
770 Menlo Avenue, Suite 205
Menlo Park, California  94025
Telephone:  (650) 325-0220
Facsimile: (650) 332-1800

George C. Summerfield
Joseph A. Grear (*pro hac vice*)
Keith A. Vogt (*pro hac vice*)
Steven R. Pedersen (*pro hac vice)*
Stadheim & Grear, Ltd.
400 N. Michigan Avenue
Suite 2200
Chicago, IL  60611
Tel:  (312) 755-4400
Fax:  (312) 755-4408

Counsel for Plaintiff Alberta
Telecommunications Research Centre
d/b/a TRLabs