Bernard H. Chao (148,352)
Frederick F. Hadidi (160,681)
Chao, Hadidi, Stark & Barker LLP
770 Menlo Avenue, Suite 205
Menlo Park, CA  94025
Tel:  650.325.0220
Fax: 650-332-1800
bchao@chsblaw.com; fred@chsblaw.com

George C. Summerfield
Joseph A. Grear (*pro hac vice*)
Keith A. Vogt (*pro hac vice*)
Stadheim & Grear, Ltd.
400 N. Michigan Avenue
Suite 2200
Chicago, IL  60611
Tel:  (312) 755-4400
Fax:  (312) 755-4408
gstadlaw@aol.com, jstadlaw@aol.com
keithvogt@aol.com,

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA INC.<br><br>        Defendants. | Case No. C 07 02416-RMW<br><br>NOTICE OF WITHDRAWAL OF COUNSEL (1) BERNARD H. CHAO, (2) FREDERICK F. HADIDI, AND (3) CHAO HADIDI STARK & BARKER LLP |

Notice is hereby given that the following counsel for plaintiff ALBERTA

TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, Bernard H. Chao,

Frederick F. Hadidi and Chao Hadidi Stark & Barker LLP withdraw as counsel of record in this

action with the consent of Alberta Telecommunications Research Centre.

1

2   Dated:  August 9, 2007                          Chao Hadidi Stark & Barker LLP

3

4                                                   By:  /S/ _____
                                                        Bernard H. Chao
5                                                       Counsel for Plaintiff
                                                        ALBERTA
6                                                       TELECOMMUNICATIONS
                                                        RESEARCH CENTRE d/b/a TR
7                                                       LABS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

**SAN JOSE DIVISION**

6

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

Case No. C 07-02416 RMW

7

8

Plaintiff,

[PROPOSED] ORDER GRANTING
NOTICE OF WITHDRAWAL OF
COUNSEL (1) BERNARD H. CHAO,
(2) FREDERICK F. HADIDI, AND (3)
CHAO HADIDI STARK & BARKER
LLP

v.

9

SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC

10

11

Defendant.

12

13

It hereby ORDERED that counsel for plaintiff ALBERTA TELECOMMUNICATIONS

14

RESEARCH CENTRE d/b/a TR LABS, Bernard H. Chao, Frederick F. Hadidi and Chao Hadidi

15

Stark & Barker LLP's request to withdraw as counsel of record in this action is GRANTED.

16

17

Dated: _____

18

19

By: _____

20

Judge Ronald M. Whyte
United States District Court

21

22

23

24

25

26

27

28