1  W. Clay Deanhardt (160,653)
   Law Office of Clay Deanhardt
2  21-C Orinda Way, #374
   Orinda, CA  94563
3  Tel:  925-258-9079
   Fax: 925-885-2478
4  clay@deanhardtlaw.com

5  George C. Summerfield
   Joseph A. Grear (*pro hac vice*)
6  Keith A. Vogt (*pro hac vice*)
   Stadheim & Grear, Ltd.
7  400 N. Michigan Avenue
   Suite 2200
8  Chicago, IL  60611
   Tel:  (312) 755-4400
9  Fax:  (312) 755-4408
   gstadlaw@aol.com, jstadlaw@aol.com
10 keithvogt@aol.com,

11 Attorneys for Plaintiff
   ALBERTA TELECOMMUNICATIONS
12 RESEARCH CENTRE d/b/a TR LABS

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                    **SAN JOSE DIVISION**
16

17 | ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | Case No. C 07 02416-RMW |
   |---|---|
18 | Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF |
19 | v. | |
20 | SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA INC. | |
21 | | |
22 | Defendants. | |

23     Notice is hereby given that W. Clay Deanhardt, Law Office of Clay Deanhardt, is

24 appearing for plaintiff ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a

25 TR LABS as counsel of record in this action with the consent of Alberta Telecommunications

26 Research Centre.

27

28

| | | |
|---|---|---|
| 1 | Dated: August 15, 2007 | Law Office of Clay Deanhardt |
| 2 | | |
| 3 | | By: /S/ |
| 4 | | W. Clay Deanhardt<br>Counsel for Plaintiff |
| 5 | | ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR |
| 6 | | LABS |

-2-