# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION       *E-FILED - 8/20/07*

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC<br><br>          Defendant. | Case No. C 07-02416 RMW<br><br>[] ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL (1) BERNARD H. CHAO, (2) FREDERICK F. HADIDI, AND (3) CHAO HADIDI STARK & BARKER LLP |

It hereby ORDERED that counsel for plaintiff ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, Bernard H. Chao, Frederick F. Hadidi and Chao Hadidi Stark & Barker LLP's request to withdraw as counsel of record in this action is GRANTED.

Dated:  8/20/07

By: *Ronald M. Whyte*
Judge Ronald M. Whyte
United States District Court