1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

13
14

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

15

        Plaintiff,

16

v.

17

RAMBUS INC.,

18

        Defendant.

19

Case No. C06 02595 RMW
Case No. C07 02416 RMW

**[PROPOSED] CASE MANAGEMENT ORDER**

Date:  August 10, 2007
Time:  10:30 a.m.
Place:  Courtroom 6
Hon. Ronald M. Whyte

20
21

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS,

22

        Plaintiff,

23

   v.

24

SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.,

25

        Defendants.

26
27
28

Case Management Order
Case Nos. C06 02595 RMW
C07 02416 RMW

DM_US:20634313_1

On August 10, 2007, the Court held a case management conference in *Alberta Telecommunications Research Centre d/b/a TR Labs v. Rambus Inc.*, Case No. C06 02595 RMW and in *Alberta Telecommunications Research Centre d/b/a TR Labs v. Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*, Case No. C07 02416 RMW.  Based on matters considered in that conference and the order issued thereafter on Rambus's Motion To Dismiss Plaintiff's Amended Complaint,

IT IS ORDERED THAT:

1)   The following case management schedules shall be entered in Case Nos. C06 02595 RMW and C07 02416 RMW:

| **Case Event** | **Case No. 06-02595 RMW** | **Case No. 07-02416 RMW** |
| --- | --- | --- |
| ADR | Mediation completed August 2, 2007 | Mediation to be completed by July 17, 2008 |
| Rambus's Answer to Alberta's Amended Complaint and any Affirmative Defenses/Counterclaims | August 30, 2007 | N/A |
| Preliminary Invalidity Contentions | October 31, 2007 | October 31, 2007 |
| Exchange Proposed Terms and Claim Elements for Construction | November 16, 2007 | November 16, 2007 |
| Exchange Preliminary Claim Constructions | December 7, 2007 | December 7, 2007 |
| Joint Claim Construction and Prehearing Statement | March 7, 2008 | March 7, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 4, 2008 | April 4, 2008 |
| Opening Claim Construction Briefs | April 4, 2008 | April 4, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 18, 2008 | April 18, 2008 |
| Responsive Claim Construction Briefs | April 18, 2008 | April 18, 2008 |

| Case Event | Case No. 06-02595 RMW | Case No. 07-02416 RMW |
|---|---|---|
| Reply Claim Construction Briefs | May 2, 2008 | May 2, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | April 11, 2008 | April 11, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | April 25, 2008 | April 25, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | May 9, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | May 9, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 28-29, 2008 | May 28-29, 2008 |

2) The discovery limits set forth in the Federal Rules of Civil Procedure shall apply in both actions. Discovery conducted by the parties to date in Case No. C06 02595 RMW pursuant to the Court's Order filed June 27, 2007 shall count toward such limits in Case No. C06 02595 RMW.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                             Hon. Ronald M. Whyte
                                                                             United States District Court Judge