**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

**CIVIL MINUTES**

DATE: August 10, 2007

Case No. C-05-02595-RMW    JUDGE: Ronald M. Whyte
*(Related to C-07-02416-RMW)*

ALBERTA TELECOMMUNICATIONS    -v- RAMBUS, INC., et al.
Title

Appeared                                            Appeared
Attorneys Present                                   Attorneys Present

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

**PROCEEDINGS**

**CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule for the case: Preliminary Invalidity Contentions by 10/26/07; Exchange Proposed Terms and Claim Elements for Construction by 11/9/07; Exchange Preliminary Claim Constructions by 12/7/07; Joint Claim Construction and Prehearing Statement due 3/7/08; Opening Claim Construction Briefs due 4/4/08; Responsive Claim Construction Briefs due 4/18/08; Reply Claim Construction Briefs due 5/2/08; Summary Judgment Motion Dependent on Claim Construction filed by 4/11/08; Opposition to Summary Judgment Motion Dependent on Claim Construction due 4/25/08; Reply for Summary Judgment Motions Dependent on Claim Construction due 5/9/08; Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction set for 5/28/08 @ 9:00 AM. The parties are to workout a expert discovery within 15 days.