1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br> Defendants. | Case No. C07 02416 RMW (RS) <br><br> **STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** <br><br><br> Honorable Ronald M. Whyte |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order be modified as follows:

| Event | September 19, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | October 31, 2007 | November 16, 2007 |
| Exchange Proposed Terms and Claim Elements for Construction | November 16, 2007 | November 30, 2007 |
| Exchange Preliminary Claim Constructions | December 7, 2007 | December 14, 2007 |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 26, 2007 | /s/ George C. Summerfield |
| 3 | | W. CLAY DEANHARDT (Bar No. 160653)<br>Email:  clay@deanhardtlaw.com |
| | | LAW OFFICE OF CLAY DEANHARDT |
| 4 | | 21-C Orinda Way, #374<br>Orinda, CA  94563 |
| 5 | | Telephone: (925) 258-9079<br>Facsimile:  (925) 885-2478 |
| 6 | | |
| 7 | | GEORGE C. SUMMERFIELD<br>Email:  gstadlaw@aol.com |
| | | JOSEPH A. GREAR (admitted *pro hac vice*) |
| 8 | | Email:  jstadlaw@aol.com<br>KEITH A. VOGT (admitted *pro hac vice*) |
| 9 | | Email: keithvogt@aol.com<br>STEVEN R. PEDERSEN (admitted *pro hac vice*) |
| 10 | | STADHEIM & GREAR, LTD. |
| | | 400 North Michigan Avenue, Suite 2200 |
| 11 | | Chicago, IL 60611<br>Telephone:  (312) 755-4400 |
| 12 | | Facsimile:  (312) 755-4408 |
| 13 | | Attorneys for Plaintiff |
| | | ALBERTA TELECOMMUNICATIONS |
| 14 | | RESEARCH CENTRE d/b/a TR LABS |
| 15 | | |
| 16 | Dated: October 26, 2007 | /s/  Yen Nguyen |
| | | DAVID J. HEALEY (admitted *pro hac vice*) |
| 17 | | Email:  david.healey@weil.com<br>ANITA E. KADALA (admitted *pro hac vice*) |
| 18 | | Email:  anita.kadala@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 19 | | Houston Office |
| | | 700 Louisiana, Suite 1600 |
| 20 | | Houston, TX 77002<br>Telephone: (713) 546-5000 |
| 21 | | Facsimile: (713) 224-9511 |
| 22 | | YEN P. NGUYEN (Bar No. 239095) |
| | | E-Mail:  titi.nguyen@weil.com |
| 23 | | WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office |
| 24 | | 201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 |
| 25 | | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 26 | | |
| 27 | | Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG SEMICONDUCTOR, INC. |
| 28 | | |

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING
DECLARATION;  [PROPOSED] ORDER                                3

Case No. C07 02416 RMW (RS)

DOC #282206

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3.

3. There have not been any prior modifications to the Court's September 19, 2007 Case Management Order. The requested extension of the schedule will not have an effect on the other various dates currently set in the Court's September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 26, 2007 at Redwood Shores, California.

  _/s/  Yen Nguyen____
       Yen P. Nguyen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                The Honorable Ronald M. Whyte
                                United States District Court Judge