1 | [APPEARANCES LISTED ON SIGNATURE PAGE]

*E-FILED - 11/7/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; []<br>ORDER**<br><br><br>Honorable Ronald M. Whyte |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order be modified as follows:

| Event | September 19, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | October 31, 2007 | November 16, 2007 |
| Exchange Proposed Terms and Claim Elements for Construction | November 16, 2007 | November 30, 2007 |
| Exchange Preliminary Claim Constructions | December 7, 2007 | December 14, 2007 |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

Dated:  October 26, 2007                         /s/ George C. Summerfield
                                          W. CLAY DEANHARDT (Bar No. 160653)
                                          Email:  clay@deanhardtlaw.com
                                          LAW OFFICE OF CLAY DEANHARDT
                                          21-C Orinda Way, #374
                                          Orinda, CA  94563
                                          Telephone: (925) 258-9079
                                          Facsimile:  (925) 885-2478

                                          GEORGE C. SUMMERFIELD
                                          Email:  gstadlaw@aol.com
                                          JOSEPH A. GREAR (admitted *pro hac vice*)
                                          Email:  jstadlaw@aol.com
                                          KEITH A. VOGT (admitted *pro hac vice*)
                                          Email: keithvogt@aol.com
                                          STEVEN R. PEDERSEN (admitted *pro hac vice*)
                                          STADHEIM & GREAR, LTD.
                                          400 North Michigan Avenue, Suite 2200
                                          Chicago, IL 60611
                                          Telephone:  (312) 755-4400
                                          Facsimile:  (312) 755-4408

                                          Attorneys for Plaintiff
                                          ALBERTA TELECOMMUNICATIONS
                                          RESEARCH CENTRE d/b/a TR LABS


Dated: October 26, 2007                          /s/  Yen Nguyen
                                          DAVID J. HEALEY (admitted *pro hac vice*)
                                          Email:  david.healey@weil.com
                                          ANITA E. KADALA (admitted *pro hac vice*)
                                          Email:  anita.kadala@weil.com
                                          WEIL, GOTSHAL & MANGES LLP
                                          Houston Office
                                          700 Louisiana, Suite 1600
                                          Houston, TX 77002
                                          Telephone: (713) 546-5000
                                          Facsimile: (713) 224-9511

                                          YEN P. NGUYEN (Bar No. 239095)
                                          E-Mail:  titi.nguyen@weil.com
                                          WEIL, GOTSHAL & MANGES LLP
                                          Silicon Valley Office
                                          201 Redwood Shores Parkway
                                          Redwood Shores, CA  94065
                                          Telephone: (650) 802-3000
                                          Facsimile: (650) 802-3100

                                          Attorneys for Defendants
                                          SAMSUNG ELECTRONICS CO., LTD. and
                                          SAMSUNG SEMICONDUCTOR, INC.

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING
DECLARATION;  [] ORDER                                  3

Case No. C07 02416 RMW (RS)

DOC #282206

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3.

3. There have not been any prior modifications to the Court's September 19, 2007 Case Management Order. The requested extension of the schedule will not have an effect on the other various dates currently set in the Court's September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 26, 2007 at Redwood Shores, California.


        _/s/  Yen Nguyen____
           Yen P. Nguyen

1

2
**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
3

4
Dated:  11/7/07                              *Ronald M. Whyte*
5
                                             The Honorable Ronald M. Whyte
                                             United States District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28