1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

*E-FILED - 11/26/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [] ORDER**<br><br>Honorable Ronald M. Whyte |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, be further modified as follows:

| Event | November 7, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | November 16, 2007 | January 25, 2008 |
| Exchange Proposed Terms and Claim Elements for Construction | November 30, 2007 | February 8, 2008 |
| Exchange Preliminary Claim Constructions | December 14, 2007 | February 22, 2008 |
| Joint Claim Construction Statement | March 7, 2008 | March 14, 2008 |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  November 16, 2007 | /s/ George Summerfield |
| | | W. CLAY DEANHARDT (Bar No. 160653) |
| 3 | | Email:  clay@deanhardtlaw.com |
| | | LAW OFFICE OF CLAY DEANHARDT |
| 4 | | 21-C Orinda Way, #374 |
| | | Orinda, CA  94563 |
| 5 | | Telephone: (925) 258-9079 |
| | | Facsimile:  (925) 885-2478 |

Dated:  November 16, 2007              /s/ George Summerfield
                                                           W. CLAY DEANHARDT (Bar No. 160653)
                                                           Email:  clay@deanhardtlaw.com
                                                           LAW OFFICE OF CLAY DEANHARDT
                                                           21-C Orinda Way, #374
                                                           Orinda, CA  94563
                                                           Telephone: (925) 258-9079
                                                           Facsimile:  (925) 885-2478

GEORGE C. SUMMERFIELD
Email:  gstadlaw@aol.com
JOSEPH A. GREAR (admitted *pro hac vice*)
Email:  jstadlaw@aol.com
KEITH A. VOGT (admitted *pro hac vice*)
Email: keithvogt@aol.com
STEVEN R. PEDERSEN (admitted *pro hac vice*)
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS


Dated: November 16, 2007              /s/ Yen Nguyen
                                                          DAVID J. HEALEY (admitted *pro hac vice*)
                                                          Email:  david.healey@weil.com
                                                          ANITA E. KADALA (admitted *pro hac vice*)
                                                          Email:  anita.kadala@weil.com
                                                          WEIL, GOTSHAL & MANGES LLP
                                                          Houston Office
                                                          700 Louisiana, Suite 1600
                                                          Houston, TX 77002
                                                          Telephone: (713) 546-5000
                                                          Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
E-Mail:  titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3.

3. There have not been any prior modifications to the Court's November 7, 2007 Case Management Order. The November 7, 2007 Case Management Order modified the September 19, 2007 Case Management Order. The requested extension of the schedule will not have an effect on the other various dates currently set in the Court's September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 16, 2007 at Redwood Shores, California.


_____/s/ Yen Nguyen____ _____
            Yen P. Nguyen

1
2                                      **[] ORDER**

3                    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
    Dated:   11/26/07                          *Ronald M. Whyte*
5                                          _____
                                              The Honorable Ronald M. Whyte
6                                             United States District Court Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28