1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, revised by the Order of November 26, 2007, be further modified as follows:

| Event | November 26, 2007 Case Management Order | Proposed Date |
| --- | --- | --- |
| Preliminary Invalidity Contentions | January 25, 2008 | February 25, 2008 |
| Exchange Proposed Terms and Claim Elements for Construction | February 8, 2008 | March 10, 2008 |
| Exchange Preliminary Claim Constructions | February 22, 2008 | March 24, 2008 |
| Joint Claim Construction Statement | March 14, 2008 | April 16, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 4, 2008 | May 6, 2008 |
| Opening Claim Construction Briefs | April 4, 2008 | May 6, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 18, 2008 | May 20, 2008 |
| Responsive Claim Construction Briefs | April 18, 2008 | May 20, 2008 |
| Reply Claim Construction Briefs | May 2, 2008 | June 3, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | April 11, 2008 | May 13, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | April 25, 2008 | May 27, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | June 10, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | June 10, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 28-29, 2008 | June 26-27, 2008, or as soon thereafter as is convenient for the Court and the parties |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

1
2   Dated:  February 7, 2008              /s/ George Summerfield
                                         W. CLAY DEANHARDT (Bar No. 160653)
3                                        Email:  clay@deanhardtlaw.com
                                         LAW OFFICE OF CLAY DEANHARDT
4                                        21-C Orinda Way, #374
                                         Orinda, CA  94563
5                                        Telephone: (925) 258-9079
                                         Facsimile:  (925) 885-2478
6
                                         GEORGE C. SUMMERFIELD
7                                        Email:  gstadlaw@aol.com
                                         JOSEPH A. GREAR (admitted *pro hac vice*)
8                                        Email:  jstadlaw@aol.com
                                         KEITH A. VOGT (admitted *pro hac vice*)
9                                        Email: keithvogt@aol.com
                                         STEVEN R. PEDERSEN (admitted *pro hac vice*)
10                                       STADHEIM & GREAR, LTD.
                                         400 North Michigan Avenue, Suite 2200
11                                       Chicago, IL 60611
                                         Telephone:  (312) 755-4400
12                                       Facsimile:  (312) 755-4408

13                                       Attorneys for Plaintiff
                                         ALBERTA TELECOMMUNICATIONS
14                                       RESEARCH CENTRE d/b/a TR LABS

15
16  Dated: February 7, 2008               /s/ Yen Nguyen
                                         DAVID J. HEALEY (admitted *pro hac vice*)
17                                       Email:  david.healey@weil.com
                                         ANITA E. KADALA (admitted *pro hac vice*)
18                                       Email:  anita.kadala@weil.com
                                         WEIL, GOTSHAL & MANGES LLP
19                                       Houston Office
                                         700 Louisiana, Suite 1600
20                                       Houston, TX 77002
                                         Telephone: (713) 546-5000
21                                       Facsimile: (713) 224-9511

22                                       YEN P. NGUYEN (Bar No. 239095)
                                         E-Mail:  titi.nguyen@weil.com
23                                       WEIL, GOTSHAL & MANGES LLP
                                         Silicon Valley Office
24                                       201 Redwood Shores Parkway
                                         Redwood Shores, CA  94065
25                                       Telephone: (650) 802-3000
                                         Facsimile: (650) 802-3100
26
                                         Attorneys for Defendants
27                                       SAMSUNG ELECTRONICS CO., LTD. and
                                         SAMSUNG SEMICONDUCTOR, INC.
28

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3.

3. There have not been any prior modifications to the Court's November 26, 2007 Case Management Order. The November 26, 2007 Case Management Order modified the November 7, 2007 Case Management Order, which modified the September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 7, 2008 at Redwood Shores, California.


_____/s/ Yen Nguyen_____ _____
             Yen P. Nguyen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

The Honorable Ronald M. Whyte
United States District Court Judge