1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

*E-FILED - 2/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [] ORDER**<br><br>Honorable Ronald M. Whyte |
|---|---|

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, revised by the Order of November 26, 2007, be further modified as follows:

| Event | November 26, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | January 25, 2008 | February 25, 2008 |
| Exchange Proposed Terms and Claim Elements for Construction | February 8, 2008 | March 10, 2008 |
| Exchange Preliminary Claim Constructions | February 22, 2008 | March 24, 2008 |
| Joint Claim Construction Statement | March 14, 2008 | April 16, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 4, 2008 | May 6, 2008 |
| Opening Claim Construction Briefs | April 4, 2008 | May 6, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | April 18, 2008 | May 20, 2008 |
| Responsive Claim Construction Briefs | April 18, 2008 | May 20, 2008 |
| Reply Claim Construction Briefs | May 2, 2008 | June 3, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | April 11, 2008 | May 13, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | April 25, 2008 | May 27, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | June 10, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | May 9, 2008 | June 10, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 28-29, 2008 | June 24-25, 2008, or as soon thereafter as is convenient for the Court and the parties |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 7, 2008 | /s/ George Summerfield |
| 3 | | W. CLAY DEANHARDT (Bar No. 160653)<br>Email:  clay@deanhardtlaw.com |
| 4 | | LAW OFFICE OF CLAY DEANHARDT<br>21-C Orinda Way, #374 |
| 5 | | Orinda, CA  94563<br>Telephone: (925) 258-9079<br>Facsimile:  (925) 885-2478 |

Dated: February 7, 2008      /s/ George Summerfield
W. CLAY DEANHARDT (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

GEORGE C. SUMMERFIELD
Email:  gstadlaw@aol.com
JOSEPH A. GREAR (admitted *pro hac vice*)
Email:  jstadlaw@aol.com
KEITH A. VOGT (admitted *pro hac vice*)
Email: keithvogt@aol.com
STEVEN R. PEDERSEN (admitted *pro hac vice*)
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS


Dated: February 7, 2008      /s/ Yen Nguyen
DAVID J. HEALEY (admitted *pro hac vice*)
Email:  david.healey@weil.com
ANITA E. KADALA (admitted *pro hac vice*)
Email:  anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
E-Mail:  titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3.

3. There have not been any prior modifications to the Court's November 26, 2007 Case Management Order. The November 26, 2007 Case Management Order modified the November 7, 2007 Case Management Order, which modified the September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 7, 2008 at Redwood Shores, California.

      _____/s/ Yen Nguyen____ _____
                Yen P. Nguyen

1
2                                    **[] ORDER**

3              PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
   Dated:  2/14/08                    _Ronald M. Whyte_
5                                     _____
                                      The Honorable Ronald M. Whyte
6                                     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING            Case No. C 07 02416 RMW (RS)
DECLARATION; [] ORDER                    5                   DOC #283597