1  **[APPEARANCES LISTED ON SIGNATURE PAGE]**

2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | Case No. C07 02416 RMW (RS) |
|---|---|
| Plaintiff, | **STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., | Honorable Ronald M. Whyte |
| Defendants. | |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3 and conduct settlement discussions. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, revised by the Order of November 26, 2007, revised by the Order of February 14, 2008, be further modified as follows:

| Event | February 14, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | February 25, 2008 | March 10, 2008 |
| Exchange Proposed Terms and Claim Elements for Construction | March 10, 2008 | March 24, 2008 |
| Exchange Preliminary Claim Constructions | March 24, 2008 | April 7, 2008 |
| Joint Claim Construction Statement | April 16, 2008 | April 30, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 6, 2008 | May 20, 2008 |
| Opening Claim Construction Briefs | May 6, 2008 | May 20, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 20, 2008 | June 3, 2008 |
| Responsive Claim Construction Briefs | May 20, 2008 | June 3, 2008 |
| Reply Claim Construction Briefs | June 3, 2008 | June 17, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | May 13, 2008 | May 27, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | May 27, 2008 | June 10, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 10, 2008 | June 24, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | June 10, 2008 | June 24, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 24-25, 2008 | July 10-11, 2008, or as soon thereafter as is convenient for the Court and the parties |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 22, 2008 | */s/ George Summerfield* |
| | | W. CLAY DEANHARDT (Bar No. 160653) |
| 3 | | Email: clay@deanhardtlaw.com |
| | | LAW OFFICE OF CLAY DEANHARDT |
| 4 | | 21-C Orinda Way, #374 |
| | | Orinda, CA  94563 |
| 5 | | Telephone: (925) 258-9079 |
| | | Facsimile:  (925) 885-2478 |
| 6 | | |
| | | GEORGE C. SUMMERFIELD |
| 7 | | Email:  gstadlaw@aol.com |
| | | JOSEPH A. GREAR (admitted *pro hac vice*) |
| 8 | | Email:  jstadlaw@aol.com |
| | | KEITH A. VOGT (admitted *pro hac vice*) |
| 9 | | Email: keithvogt@aol.com |
| | | STEVEN R. PEDERSEN (admitted *pro hac vice*) |
| 10 | | STADHEIM & GREAR, LTD. |
| | | 400 North Michigan Avenue, Suite 2200 |
| 11 | | Chicago, IL 60611 |
| | | Telephone:  (312) 755-4400 |
| 12 | | Facsimile:  (312) 755-4408 |
| 13 | | Attorneys for Plaintiff |
| | | ALBERTA TELECOMMUNICATIONS |
| 14 | | RESEARCH CENTRE d/b/a TR LABS |
| 15 | | |
| 16 | Dated: February 22, 2008 | */s/ Yen Nguyen* |
| | | DAVID J. HEALEY (admitted *pro hac vice*) |
| 17 | | Email:  david.healey@weil.com |
| | | ANITA E. KADALA (admitted *pro hac vice*) |
| 18 | | Email:  anita.kadala@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 19 | | Houston Office |
| | | 700 Louisiana, Suite 1600 |
| 20 | | Houston, TX 77002 |
| | | Telephone: (713) 546-5000 |
| 21 | | Facsimile: (713) 224-9511 |
| 22 | | YEN P. NGUYEN (Bar No. 239095) |
| | | E-Mail:  titi.nguyen@weil.com |
| 23 | | WEIL, GOTSHAL & MANGES LLP |
| | | Silicon Valley Office |
| 24 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, CA  94065 |
| 25 | | Telephone: (650) 802-3000 |
| | | Facsimile: (650) 802-3100 |
| 26 | | |
| | | Attorneys for Defendants |
| 27 | | SAMSUNG ELECTRONICS CO., LTD. and |
| | | SAMSUNG SEMICONDUCTOR, INC. |
| 28 | | |

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3 and to conduct settlement discussions.

3. There have not been any prior modifications to the Court's February 14, 2008 Case Management Order. The February 14, 2008 Case Management Order modified the , which modified the November 7, 2007 Case Management Order, which modified the September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on February 22, 2008 at Redwood Shores, California.

_____*/s/ Yen Nguyen* _____
                Yen P. Nguyen

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____

5
                                        The Honorable Ronald M. Whyte
                                        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28