**[APPEARANCES LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rules 3-1 and 3-3 and conduct settlement discussions. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, revised by the Order of November 26, 2007, revised by the Order of February 14, 2008, revised by the Order of February 28, 2008 be further modified as follows:

| Event | February 28, 2008 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | March 10, 2008 | March 21, 2008 |
| Exchange Proposed Terms and Claim Elements for Construction | March 24, 2008 | April 4, 2008 |
| Exchange Preliminary Claim Constructions | April 7, 2008 | April 18, 2008 |
| Joint Claim Construction Statement | April 30, 2008 | May 12, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | May 20, 2008 | June 2, 2008 |
| Opening Claim Construction Briefs | May 20, 2008 | June 2, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 3, 2008 | June 16, 2008 |
| Responsive Claim Construction Briefs | June 3, 2008 | June 16, 2008 |
| Reply Claim Construction Briefs | June 17, 2008 | June 30, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | May 27, 2008 | June 9, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | June 10, 2008 | June 23, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 24, 2008 | July 9, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | June 24, 2008 | July 9, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | July 10-11, 2008, or as soon thereafter as is convenient for the Court and the parties | July 24-25, 2008, or as soon thereafter as is convenient for the Court and the parties |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [PROPOSED] ORDER         2         Case No. C 07 02416 RMW (RS)

1

2  Dated: March 7, 2008                    */s/ George Summerfield*
                                            W. CLAY DEANHARDT (Bar No. 160653)
3                                           Email:  clay@deanhardtlaw.com
                                            LAW OFFICE OF CLAY DEANHARDT
4                                           21-C Orinda Way, #374
                                            Orinda, CA  94563
5                                           Telephone: (925) 258-9079
                                            Facsimile:  (925) 885-2478
6
                                            GEORGE C. SUMMERFIELD
7                                           Email:  gstadlaw@aol.com
                                            JOSEPH A. GREAR (admitted *pro hac vice*)
8                                           Email:  jstadlaw@aol.com
                                            KEITH A. VOGT (admitted *pro hac vice*)
9                                           Email: keithvogt@aol.com
                                            STEVEN R. PEDERSEN (admitted *pro hac vice*)
10                                          STADHEIM & GREAR, LTD.
                                            400 North Michigan Avenue, Suite 2200
11                                          Chicago, IL 60611
                                            Telephone:  (312) 755-4400
12                                          Facsimile:  (312) 755-4408

13                                          Attorneys for Plaintiff
                                            ALBERTA TELECOMMUNICATIONS
14                                          RESEARCH CENTRE d/b/a TR LABS

15

16 Dated:  March 7, 2008                    */s/ Yen Nguyen*
                                            DAVID J. HEALEY (admitted *pro hac vice*)
17                                          Email:  david.healey@weil.com
                                            ANITA E. KADALA (admitted *pro hac vice*)
18                                          Email:  anita.kadala@weil.com
                                            WEIL, GOTSHAL & MANGES LLP
19                                          Houston Office
                                            700 Louisiana, Suite 1600
20                                          Houston, TX 77002
                                            Telephone: (713) 546-5000
21                                          Facsimile: (713) 224-9511

22                                          YEN P. NGUYEN (Bar No. 239095)
                                            E-Mail:  titi.nguyen@weil.com
23                                          WEIL, GOTSHAL & MANGES LLP
                                            Silicon Valley Office
24                                          201 Redwood Shores Parkway
                                            Redwood Shores, CA  94065
25                                          Telephone: (650) 802-3000
                                            Facsimile: (650) 802-3100
26
                                            Attorneys for Defendants
27                                          SAMSUNG ELECTRONICS CO., LTD. and
                                            SAMSUNG SEMICONDUCTOR, INC.
28

## SUPPORTING DECLARATION OF YEN P. NGUYEN

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rules 3-1 and 3-3 and to conduct settlement discussions.

3. There have not been any prior modifications to the Court's February 28, 2008 Case Management Order. The February 28, 2008 Case Management order modified the February 14, 2008 Case Management Order, which modified the November 26, 2008 Case Management Order, which modified the November 7, 2007 Case Management Order, which modified the September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 7, 2008 at Redwood Shores, California.

\_\_\_*/s/ Yen Nguyen*_____
                Yen P. Nguyen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

The Honorable Ronald M. Whyte
United States District Court Judge