| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Matthew J. Antonelli
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, New York 10153-0119
212.310.8000

**FILED**
2008 APR 17 A 11: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.,
and SAMSUNG ELECTRONICS
AMERICA, INC.

Defendant(s).

CASE NO. C 07 02416 RMW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Matthew J. Antonelli, an active member in good standing of the bar of the Southern District of new York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., Ltd., et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Yen P. Nguyen, Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065, (650) 802-3000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2007