RECEIVED
2008 APR 17 AM 11: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

CASE NO. C 07 02416 RMW

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

SAMSUNG ELECTRONICS CO., LTD.,
and SAMSUNG ELECTRONICS
AMERICA, INC.

Defendant(s).

Matthew J. Antonelli , an active member in good standing of the bar of the Southern District of New York whose business address and telephone number (particular court to which applicant is admitted) is

WEIL, GOTSHAl & MANGES
767 Fifth Avenue; New York; New York 10153
212.310.8000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Samsung Electronics Co., Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:

_____
United States Magistrate Judge