RECEIVED **FILED**

2008 APR 17 AM 11:22   APR 18 2008

UNITED STATES DISTRICT COURT
Northern District of California

ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

CASE NO. C 07 02416 RMW

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD.,
and SAMSUNG ELECTRONICS
AMERICA, INC.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Matthew J. Antonelli , an active member in good standing of the bar of

the Southern District of New York   whose business address and telephone number

(particular court to which applicant is admitted)

is

WEIL, GOTSHAl & MANGES
767 Fifth Avenue; New York; New York 10153
212.310.8000 ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Samsung Electronics Co., Ltd., et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/18/08

Ronald M. Whyte
United States ~~Magistrate~~ DISTRICT Judge