1    **[APPEARANCES LISTED ON SIGNATURE PAGE]**

2

3

4

5

6

7

8

9

10

11

12

13                    UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

16
     ALBERTA TELECOMMUNICATIONS            Case No. C07 02416 RMW (RS)
17   RESEARCH CENTRE d/b/a TR LABS,
                                            **STIPULATED EXTENSION OF CASE**
18              Plaintiff,                  **SCHEDULE; SUPPORTING**
                                            **DECLARATION; [PROPOSED]**
19         v.                               **ORDER**

20   SAMSUNG ELECTRONICS CO., LTD. and      Honorable Ronald M. Whyte
     SAMSUNG SEMICONDUCTOR, INC.,
21
                Defendants.
22

23

24

25

26

27

28

The parties have met and conferred and agree that an extension of time will be needed to complete the requirements of Patent Local Rule 4-1 and conduct settlement discussions. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the September 19, 2007 Case Management Order, revised by the Order of November 7, 2007, revised by the Order of November 26, 2007, revised by the Order of February 14, 2008, revised by the Order of February 28, 2008, revised by the Order of April 10, 2008, be further modified as follows:

| Event | April 10, 2008 Case Management Order | Proposed Date |
|---|---|---|
| Exchange Preliminary Claim Constructions | April 18, 2008 | May 30, 2008 |
| Joint Claim Construction Statement | May 12, 2008 | June 23, 2008 |
| Last Day To Disclose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 2, 2008 | July 14, 2008 |
| Opening Claim Construction Briefs | June 2, 2008 | July 14, 2008 |
| Last Day To Disclose Rebuttal Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | June 16, 2008 | July 28, 2008 |
| Responsive Claim Construction Briefs | June 16, 2008 | July 28, 2008 |
| Reply Claim Construction Briefs | June 30, 2008 | August 11, 2008 |
| Summary Judgment Motions Dependent on Claim Construction | June 9, 2008 | July 21, 2008 |
| Opposition to Summary Judgment Motions Dependent on Claim Construction | June 23, 2008 | August 4, 2008 |
| Last Day To Depose Experts for Claim Construction and Summary Judgment Motions Dependent on Claim Construction | July 9, 2008 | August 18, 2008 |
| Reply for Summary Judgment Motions Dependent on Claim Construction | July 9, 2008 | August 18, 2008 |
| Hearing on Claim Construction and Summary Judgment Motions Dependent on Claim Construction | July 24-25, 2008, or as soon thereafter as is convenient for the Court and the parties | September 4-5, 2008, or as soon thereafter as is convenient for the Court and the parties |

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

1

2  Dated:  April 23, 2008

/s/ George Summerfield
W. CLAY DEANHARDT (Bar No. 160653)
Email:  clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA  94563
Telephone: (925) 258-9079
Facsimile:  (925) 885-2478

3

4

5

6

GEORGE C. SUMMERFIELD
Email:  gstadlaw@aol.com
JOSEPH A. GREAR (admitted *pro hac vice*)
Email:  jstadlaw@aol.com
KEITH A. VOGT (admitted *pro hac vice*)
Email: keithvogt@aol.com
STEVEN R. PEDERSEN (admitted *pro hac vice*)
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

7

8

9

10

11

12

13

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

14

15

16  Dated:  April 23, 2008

/s/ Yen Nguyen
DAVID J. HEALEY (admitted *pro hac vice*)
Email:  david.healey@weil.com
ANITA E. KADALA (admitted *pro hac vice*)
Email:  anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

17

18

19

20

21

22

YEN P. NGUYEN (Bar No. 239095)
E-Mail:  titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

23

24

25

26

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUPPORTING DECLARATION OF YEN P. NGUYEN**

I, Yen P. Nguyen, declare as follows:

1.    I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.    The factual representations made above in the above Stipulation are true. The parties have met and conferred and agreed that the schedule in this case should be extended as requested above to permit the orderly compliance of Patent Local Rule 4-2 and to conduct settlement discussions.

3.    There have not been any prior modifications to the Court's April 10, 2008 Case Management Order.  The April 10, 2008 Case Management order modified the February 28, 2008 Case Management Order, which modified the February 14, 2008 Case Management Order, which modified the November 26, 2008 Case Management Order, which modified the November 7, 2007 Case Management Order, which modified the September 19, 2007 Case Management Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 23, 2008 at Redwood Shores, California.

_____*/s/ Yen Nguyen*_____
                    Yen P. Nguyen

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        _____

The Honorable Ronald M. Whyte
United States District Court Judge