1  DAVID J. HEALEY (admitted *pro hac vice*)
   Email: david.healey@weil.com
2  ANITA E. KADALA (admitted *pro hac vice*)
   Email: anita.kadala@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   Houston Office
4  700 Louisiana, Suite 1600
   Houston, TX 77002
5  Telephone: (713) 546-5000
   Facsimile: (713) 224-9511
6
   YEN P. NGUYEN (Bar No. 239095)
7  Email: titi.nguyen@weil.com
   WEIL, GOTSHAL & MANGES LLP
8  Silicon Valley Office
   201 Redwood Shores Parkway
9  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100

11 Attorneys for Defendants
   SAMSUNG ELECTRONICS CO., LTD. and
12 SAMSUNG SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**SAMSUNG'S MOTION TO CHANGE TIME; SUPPORTING DECLARATION; [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

**MEMORANDUM OF POINTS**

Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively "Samsung") file this motion pursuant to Civil L.R. 6-3. Samsung requests that the deadlines set in the May 15, 2008 Case Management Order be further extended by two weeks. Samsung and Alberta have been conducting settlement negotiations and have exchanged drafts of the settlement agreement. Samsung has requested to further extend the case schedule pending execution of the final settlement agreement. Alberta has refused to further extend the case schedule absent a signed settlement agreement.

Samsung will be prejudiced if the Court does not change the time because the waste of time, money and effort in continuing the litigation would undermine the purpose of settlement.

For the reasons stated above, the Samsung respectfully requests that the Court grant Samsung's Motion To Change Time.

Dated:  Redwood Shores, California
        May 30, 2008                         Respectfully submitted,


                                             ___/s/ Yen Nguyen_____
                                             DAVID J. HEALEY (admitted *pro hac vice*)
                                             ANITA E. KADALA (admitted *pro hac vice*)
                                             WEIL, GOTSHAL & MANGES LLP
                                             Houston, TX

                                             YEN P. NGUYEN (Bar No. 239095)
                                             WEIL, GOTSHAL & MANGES LLP
                                             Redwood Shores, CA

                                             Attorneys for Defendants
                                             SAMSUNG ELECTRONICS CO., LTD.
                                             and SAMSUNG SEMICONDUCTOR, INC.

**SUPPORTING DECLARATION OF YEN P. NGUYEN**

I, Yen P. Nguyen, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am an associate at Weil, Gotshal, and Manges L.L.P., attorneys of record for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Motion To Change Time. The parties have been conducting settlement negotiations and have exchanged drafts of the settlement agreement. Samsung requested to further extend the case schedule pending execution of the final settlement agreement. Alberta refused to further extend the case schedule absent a signed settlement agreement.

3. Samsung will be prejudiced if the Court does not change the time because the waste of time, money and effort in continuing the litigation would undermine the purpose of settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 30, 2008 at Redwood Shores, California.

_____*/s/ Yen Nguyen*_____
             Yen P. Nguyen

1 **[PROPOSED] ORDER**

2 Having reviewed the papers and arguments of counsel submitted in connection
3 with Samsung's Motion To Change Time:

4 IT IS HEREBY ORDERED that the Motion To Change Time is GRANTED.

6 Dated: _____      _____
7 The Honorable Ronald M. Whyte
United States District Court Judge