1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER**<br><br>Honorable Ronald M. Whyte |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alberta Telecommunications Research Centre d/b/a TR Labs and Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. hereby stipulate the dismissal with prejudice of the Complaint in the above-entitled action based on settlement.

Each party is to bear its own costs and attorneys' fees.

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

Dated:  June 9, 2008                  */s/ George Summerfield*
                                      W. CLAY DEANHARDT (Bar No. 160653)
                                      Email:  clay@deanhardtlaw.com
                                      LAW OFFICE OF CLAY DEANHARDT
                                      21-C Orinda Way, #374
                                      Orinda, CA  94563
                                      Telephone: (925) 258-9079
                                      Facsimile:  (925) 885-2478

                                      GEORGE C. SUMMERFIELD
                                      Email:  summerfield@stadheimgrear.com
                                      JOSEPH A. GREAR (admitted *pro hac vice*)
                                      Email:  grear@stadheimgrear.com
                                      KEITH A. VOGT (admitted *pro hac vice*)
                                      Email:  vogt@stadheimgrear.com
                                      STEVEN R. PEDERSEN (admitted *pro hac vice*)
                                      Email:  pedersen@stadheimgrear.com
                                      STADHEIM & GREAR, LTD.
                                      400 North Michigan Avenue, Suite 2200
                                      Chicago, IL 60611
                                      Telephone:  (312) 755-4400
                                      Facsimile:  (312) 755-4408

                                      Attorneys for Plaintiff
                                      ALBERTA TELECOMMUNICATIONS
                                      RESEARCH CENTRE d/b/a TR LABS

Dated: June 9, 2008                    */s/ Yen Nguyen*
                                      DAVID J. HEALEY (admitted *pro hac vice*)
                                      Email:  david.healey@weil.com
                                      ANITA E. KADALA (admitted *pro hac vice*)
                                      Email:  anita.kadala@weil.com
                                      WEIL, GOTSHAL & MANGES LLP
                                      Houston Office
                                      700 Louisiana, Suite 1600
                                      Houston, TX 77002
                                      Telephone: (713) 546-5000
                                      Facsimile: (713) 224-9511

                                      YEN P. NGUYEN (Bar No. 239095)
                                      E-Mail:  titi.nguyen@weil.com
                                      WEIL, GOTSHAL & MANGES LLP
                                      Silicon Valley Office
                                      201 Redwood Shores Parkway
                                      Redwood Shores, CA  94065
                                      Telephone: (650) 802-3000

1   Facsimile: (650) 802-3100

2   Attorneys for Defendants
    SAMSUNG ELECTRONICS CO., LTD. and
3   SAMSUNG SEMICONDUCTOR, INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3
   Dated: _____, 2008        _____
4                                  The Honorable Ronald M. Whyte
                                   United States District Court Judge
5