1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

*E-FILED - 6/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>Defendants. | Case No. C07 02416 RMW (RS)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AND [] ORDER**<br><br>Honorable Ronald M. Whyte |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alberta Telecommunications Research Centre d/b/a TR Labs and Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. hereby stipulate the dismissal with prejudice of the Complaint in the above-entitled action based on settlement.

Each party is to bear its own costs and attorneys' fees.

By her signature below, counsel for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

Dated: June 9, 2008                  */s/ George Summerfield*
                                             W. CLAY DEANHARDT (Bar No. 160653)
Email: clay@deanhardtlaw.com
LAW OFFICE OF CLAY DEANHARDT
21-C Orinda Way, #374
Orinda, CA 94563
Telephone: (925) 258-9079
Facsimile: (925) 885-2478

GEORGE C. SUMMERFIELD
Email: summerfield@stadheimgrear.com
JOSEPH A. GREAR (admitted *pro hac vice*)
Email: grear@stadheimgrear.com
KEITH A. VOGT (admitted *pro hac vice*)
Email: vogt@stadheimgrear.com
STEVEN R. PEDERSEN (admitted *pro hac vice*)
Email: pedersen@stadheimgrear.com
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

Dated: June 9, 2008                  */s/ Yen Nguyen*
DAVID J. HEALEY (admitted *pro hac vice*)
Email: david.healey@weil.com
ANITA E. KADALA (admitted *pro hac vice*)
Email: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

YEN P. NGUYEN (Bar No. 239095)
E-Mail: titi.nguyen@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (650) 802-3100

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG SEMICONDUCTOR, INC.

STIPULATED DISMISSAL WITH PREJUDICE AND
[] ORDER                                3                         Case No. C07 02416 RMW (RS)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: __6/12_____, 2008

4  _____Ronald M. Whyte_____
   The Honorable Ronald M. Whyte
   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28